**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Salvador<br>First name<br><br>Louis<br>Middle name<br><br>Chiaramonte<br>Last name and Suffix (Sr., Jr., II, III) | Pamela<br>First name<br><br>Marie<br>Middle name<br><br>Chiaramonte<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  | Pam Pires Chiaramonte |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9201 | xxx-xx-2361 |

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**dba  Chiaramonte Construction & Plumbing, Inc.; EIN #81-5179901**<br>**fdba  Chiaramonte Construction & Plumbing (sole-prop); EIN #94-2851464**<br><br>Business name(s) _____<br><br>EINs _____ | ☐ I have not used any business name or EINs.<br><br>**dba  Chiaramonte Construction & Plumbing, Inc.; EIN #81-5179901**<br>**fdba  Chiaramonte Construction & Plumbing (sole-prop); EIN #94-2851464**<br><br>Business name(s) _____<br><br>EINs _____ |
| **5. Where you live** | **1944 Tollin Road**<br>**Tulare, CA 93274**<br>Number, Street, City, State & ZIP Code<br><br>**Tulare**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| Debtor 2 | **Pamela Marie Chiaramonte** |

Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Salvador Louis Chiaramonte** | | |
|---|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | Case number *(if known)* | |

---

**Part 3:**    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

     ☑ No.     Go to Part 4.

     ☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

     ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
     ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
     ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
     ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
     ☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

     ☑ No.     I am not filing under Chapter 11.

     ☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

     ☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

     ☑ No.
     ☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number *(if known)*    _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 02998-CAE-CC-033603857



02998-CAE-CC-033603857

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 25, 2019, at 1:09 o'clock PM EDT, Salvador L Chairamonte received from Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 25, 2019          By:   /s/Angela McMillan

                                  Name:   Angela McMillan

                                  Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Certificate Number: 02998-CAB-CC-033603858



02998-CAB-CC-033603858

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 25, 2019</u>, at <u>1:09</u> o'clock <u>PM EDT</u>, <u>Pamela M Chiaramonte</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>October 25, 2019</u>         By:    <u>/s/Angela McMillan</u>

                              Name:  <u>Angela McMillan</u>

                              Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Debtor 1   **Salvador Louis Chiaramonte**

Debtor 2   **Pamela Marie Chiaramonte**

Case number *(if known)* _____

| **Part 6:** | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

**16a.**   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

  ☑ No. Go to line 16b.

  ☐ Yes. Go to line 17.

**16b.**   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

  ☐ No. Go to line 16c.

  ☑ Yes. Go to line 17.

**16c.**   State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

  ☑ No

  ☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | Sign Below |
| --- | --- |

**For you**   I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
| --- | --- |
| _Salvador Louis Chiaramonte_ | _Pamela Marie Chiaramonte_ |
| **Salvador Louis Chiaramonte** | **Pamela Marie Chiaramonte** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on 11/27/2019 | Executed on 11/27/2019 |
| MM/ DD / YYYY | MM/ DD / YYYY |

| Debtor 1 | Salvador Louis Chiaramonte |  | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | Pamela Marie Chiaramonte |  | | |

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

✗ _Riley C. Walter_
Signature of Attorney for Debtor

Date __Nov. 27, 2019__
MM / DD / YYYY

Riley C. Walter 91839
Printed name

Wanger Jones Helsley PC
Firm name

265 E. River Park Circle, Ste. 310
Fresno, CA 93720-1563
Number, Street, City, State & ZIP Code

Contact phone  __(559) 233-4800__     Email address   __rwalter@wjhattorneys.com__

91839 CA
Bar number & State

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Pamela Marie Chiaramonte** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information      **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets** **Value of what you own** |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $ **708,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $ **82,745.43** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $ **790,745.43** |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities** **Amount you owe** |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ **854,912.19** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **2,466,355.69** |

|  | | |
|---|---|---|
| | **Your total liabilities** | $ **3,321,267.88** |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $ **8,556.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $ **11,347.80** |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                     Case number *(if known)*

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ _____

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Pamela Marie Chiaramonte** |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | _____ |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

---

**1.1**

**1944 Tollin Road**
Street address, if available, or other description

| | | |
|---|---|---|
| **Tulare** | **CA** | **93274-0000** |
| City | State | ZIP Code |

**Tulare**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Appraisal dated August 7, 2018**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$700,000.00** | |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee**

☑ **Check if this is community property** (see instructions)

Filed 11/27/19

| Debtor 1 | Salvador Louis Chiaramonte | | |
|---|---|---|---|
| Debtor 2 | Pamela Marie Chiaramonte | | Case number *(if known)* |

**1.2** **If you own or have more than one, list them here:**

CalPines
_Street address, if available, or other description_

| | |
|---|---|
| **Alturas** | **CA** **96101-0000** |
| City | State ZIP Code |

**Modoc**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Lot 69 041-272-003**
**Lot 70 041-272-004**

**Two vacant lots**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,000.00** | |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

_____

■ Check if this is community property
(see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
pages you have attached for Part 1. Write that number here................................................=>

| |
|---|
| **$708,000.00** |

---

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that
someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

**3.1**

| Make: | **Ford** |
|---|---|
| Model: | **F-150** |
| Year: | **2001** |
| Approximate mileage: | **155,000** |

Other information:

**Encumbered (secured by Title Loan)**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,000.00** | |

**3.2**

| Make: | **Ford** |
|---|---|
| Model: | **Fusion** |
| Year: | **2011** |
| Approximate mileage: | **162,000** |

Other information:

**Free and clear**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,646.00** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                    Case number *(if known)*

| 3.3 | Make: | **Chevy** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Silverado 1500** | ☐ Debtor 1 only | |
| | Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **160,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ■ At least one of the debtors and another | |
| | **Free and clear** | | ■ Check if this is community property *(see instructions)* | **$4,626.00** |

| 3.4 | Make: | **Chevy** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Truck** | ☐ Debtor 1 only | |
| | Year: | **1994** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ■ At least one of the debtors and another | |
| | | | ■ Check if this is community property *(see instructions)* | **Unknown** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **WW** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | |
| | Year: | **2000** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ■ Debtor 1 and Debtor 2 only | |
| | **Horse Trailer** | | ☐ At least one of the debtors and another | |
| | | | ■ Check if this is community property *(see instructions)* | **$1,500.00** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>   **$9,772.00**

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Household goods | **$3,500.00** |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 3

| Debtor 1 | **Salvador Louis Chiaramonte** | Case number *(if known)* |
|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ■ Yes. Describe.....

| .380 handgun - $280 .45 handgun - $700 | $980.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

| Clothes | $1,000.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes. Describe.....

| Jewelry | $1,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ■ Yes. Describe.....

| 2 dogs and two old horses | $500.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................

| $6,980.00 |
|---|

**Part 4:**  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ■ Yes....................................................................................................................

| Debtor 1 | **Salvador Louis Chiaramonte** | | |
|---|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | Case number *(if known)* | |

|  | **Cash** | **$48.00** |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.........................    Institution name:

| 17.1. | **Checking - 2238** | **Chase Bank** | **$865.07** |
|---|---|---|---|
| 17.2. | **Checking-7717** | **Chase Bank** | **$295.16** |
| 17.3. | **Checking** | **Valley Oak Credit Union** | **$1,012.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Chiaramonte Construction & Plumbing, Inc.** | **100%** % | **$0.00** |
| **D & S Construction** | **Unknown** % | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.
   Type of account:    Institution name:

| **Plumbers and Pipefitters Union Defined Contribution Plan** | **$52,311.00** |
|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............    Issuer name and description.

| Debtor 1 | **Salvador Louis Chiaramonte** | |
|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | Case number *(if known)* |

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
■ Yes. Give specific information about them...

| | |
|---|---|
| Real Estate Broker's License - No value | $0.00 |
| NMLS License - No value | $0.00 |
| General Contractors License - No value | $0.00 |

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes. Give specific information..

| | |
|---|---|
| Unpaid wages owed by Chiaramonte Construction & Plumbing, Inc. | Unknown |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| New York Life (Term) - No value | | $0.00 |

---

| Official Form 106A/B | Schedule A/B: Property | page 6 |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** | |
| Debtor 2 | **Pamela Marie Chiaramonte** | Case number *(if known)* _____ |

| | | |
|---|---|---|
| **Fidelity Life (Term) - No value** | _____ | **$0.00** |
| **Principal Financial** | _____ | **$7,462.20** |
| **Principal Financial (Term) - No value** | _____ | **$0.00** |
| **Protective Life (Term) - No value** | _____ | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☑ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
☑ No
☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................. | **$61,993.43** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes.  Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☑ No
☐ Yes.  Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes.  Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
☑ Yes.  Describe.....

Filed 11/27/19    Case 19-14974    Doc 1

| Debtor 1 | **Salvador Louis Chiaramonte** | | |
|---|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | Case number *(if known)* | |

| **Tools** | **$4,000.00** |
|---|---|

**41. Inventory**
- ■ No
- ☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them...................

  Name of entity:                                          % of ownership:

**43. Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

  - ■ No
  - ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...........................................................................................................** | **$4,000.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
- ☐ No
- ■ Yes. Give specific information.........

| Timeshare - London Bridge. No value | $0.00 |
|---|---|

| Timeshare - Wyndam. No value | $0.00 |
|---|---|

**54. Add the dollar value of all of your entries from Part 7. Write that number here  ...................................** | **$0.00**

| Debtor 1 | **Salvador Louis Chiaramonte** | | |
|---|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | | Case number *(if known)* |

| **Part 8:** | **List the Totals of Each Part of this Form** | | |
|---|---|---|---|

| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | | **$708,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $9,772.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $6,980.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $61,993.43 | |
| 59. | **Part 5: Total business-related property, line 45** | $4,000.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property. Add lines 56 through 61...** | $82,745.43 | Copy personal property total $82,745.43 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | $790,745.43 |

Fill in this information to identify your case:

| Debtor 1 | Salvador Louis Chiaramonte | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Pamela Marie Chiaramonte | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **1944 Tollin Road Tulare, CA 93274**<br>**Tulare County**<br>**Appraisal dated August 7, 2018**<br>Line from *Schedule A/B*: **1.1** | $700,000.00 | ☑ | $1.00 | C.C.P. § 703.140(b)(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **CalPines Alturas, CA 96101  Modoc County**<br>**Lot 69 041-272-003**<br>**Lot 70 041-272-004**<br><br>**Two vacant lots**<br>Line from *Schedule A/B*: **1.2** | $8,000.00 | ☑ | $8,000.00 | C.C.P. § 703.140(b)(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2011 Ford Fusion 162,000 miles**<br><br>**Free and clear**<br>Line from *Schedule A/B*: **3.2** | $1,646.00 | ☑ | $1,646.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2002 Chevy Silverado 1500 160,000 miles**<br><br>**Free and clear**<br>Line from *Schedule A/B*: **3.3** | $4,626.00 | ☑ | $4,204.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Salvador Louis Chiaramonte** | | | |
| Debtor 2 | **Pamela Marie Chiaramonte** | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2002 Chevy Silverado 1500 160,000 miles**  **Free and clear**  Line from *Schedule A/B*: **3.3** | $4,626.00 | ☑ | $422.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **1994 Chevy Truck**  Line from *Schedule A/B*: **3.4** | Unknown | ☑ | $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **2000 WW**  **Horse Trailer**  Line from *Schedule A/B*: **4.1** | $1,500.00 | ☑ | $1,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Household goods**  Line from *Schedule A/B*: **6.1** | $3,500.00 | ☑ | $3,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **.380 handgun - $280**  **.45 handgun - $700**  Line from *Schedule A/B*: **10.1** | $980.00 | ☑ | $980.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Clothes**  Line from *Schedule A/B*: **11.1** | $1,000.00 | ☑ | $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Jewelry**  Line from *Schedule A/B*: **12.1** | $1,000.00 | ☑ | $1,750.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **2 dogs and two old horses**  Line from *Schedule A/B*: **13.1** | $500.00 | ☑ | $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Cash**  Line from *Schedule A/B*: **16.1** | $48.00 | ☑ | $48.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking - 2238: Chase Bank**  Line from *Schedule A/B*: **17.1** | $865.07 | ☑ | $865.07  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking-7717: Chase Bank**  Line from *Schedule A/B*: **17.2** | $295.16 | ☑ | $295.16  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: Valley Oak Credit Union**  Line from *Schedule A/B*: **17.3** | $1,012.00 | ☑ | $1,012.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Filed 11/27/19     Case 19-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1     Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**
Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Chiaramonte Construction & Plumbing, Inc.** **100%** Line from *Schedule A/B*: **19.1** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **D & S Construction** **Unknown** Line from *Schedule A/B*: **19.2** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Plumbers and Pipefitters Union Defined Contribution Plan** Line from *Schedule A/B*: **21.1** | $52,311.00 | ☑ $52,311.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Real Estate Broker's License - No value** Line from *Schedule A/B*: **27.1** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **NMLS License - No value** Line from *Schedule A/B*: **27.2** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **General Contractors License - No value** Line from *Schedule A/B*: **27.3** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Unpaid wages owed by Chiaramonte Construction & Plumbing, Inc.** Line from *Schedule A/B*: **30.1** | Unknown | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **New York Life (Term) - No value** Line from *Schedule A/B*: **31.1** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Fidelity Life (Term) - No value** Line from *Schedule A/B*: **31.2** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Principal Financial** Line from *Schedule A/B*: **31.3** | $7,462.20 | ☑ $7,462.20  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(7) |
| **Principal Financial (Term) - No value** Line from *Schedule A/B*: **31.4** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Protective Life (Term) - No value** Line from *Schedule A/B*: **31.5** | $0.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** | | |
| Debtor 2 | **Pamela Marie Chiaramonte** | | Case number (if known) _____ |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Tools**<br>Line from *Schedule A/B*: **40.1** | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Timeshare - London Bridge. No value**<br>Line from *Schedule A/B*: **53.1** | $0.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Timeshare - Wyndam. No value**<br>Line from *Schedule A/B*: **53.2** | $0.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

### ANY AND ALL OTHER ASSETS UP TO $22,824.00 UNDER C.C.P. SECTIONS 703.140(b)(1) and (703.140(b)(5)

## EXEMPTION ANALYSIS - Sal and Pam Chiaramonte

| Property | Value | Secured | Equity | Wildcard | Tool of Trade | Exempt | Not Exempt |
|---|---|---|---|---|---|---|---|
| 1944 Tollin Road -Residence * | $ 700,000.00 | $ 842,000.00 | $ - | $ 30,825.00 | $ (8,725.00) | $ 1.00 | |
| CalPines Lot | $ 8,000.00 | | $ 8,000.00 | | | $ 8,000.00 | |
| 2001 Ford F-150 | $ 2,000.00 | $ 3,129.77 | | | | | |
| 2011 Ford Fusion | $ 1,646.00 | | $ 1,646.00 | $ 422.00 | | $ 1,646.00 | |
| 2002 Chevy Silverado | $ 4,626.00 | | $ 4,626.00 | | | $ 4,204.00 | |
| 1994 Chevy Truck | unknown | | unknown | $ 1.00 | | | |
| 2000 WW Horse Trailer | $ 1,500.00 | | $ 1,500.00 | $ 1,500.00 | | | |
| Household Goods | $ 3,500.00 | $ - | $ 3,500.00 | | | $ 3,500.00 | |
| Handguns | $ 980.00 | | $ 980.00 | $ 980.00 | | | |
| Clothes | $ 1,000.00 | $ - | $ 1,000.00 | | | $ 1,000.00 | |
| Jewelry | $ 1,000.00 | | $ 1,000.00 | $ 1,000.00 | | $ 1,000.00 | |
| 2 dog and 2 Old horses | $ 500.00 | $ - | $ 500.00 | $ 500.00 | | | |
| Cash | $ 48.00 | | $ 48.00 | $ 48.00 | | | |
| Checking accounts | $ 2,172.23 | | $ 2,172.23 | $ 2,172.23 | | | |
| Interest in D & S Construction | No value | | No value | $ 1.00 | | | |
| Interest in Chiaramonte Construction & Plumbing | No value | | No value | $ 1.00 | | | |
| Plumbers and Pipefitters Contribution Plan | $ 52,311.00 | | $ 52,311.00 | | | $ 52,311.00 | |
| Real Estate Brokers License | No value | | No value | $ 1.00 | | | |
| General Contractors License | No value | | No value | $ 1.00 | | | |
| NMLS License | No value | | No value | $ 1.00 | | | |
| Unpaid wages owed to Debtors | unknown | | unknown | $ 1.00 | | | |
| New York Life (term) | No value | | No value | $ 1.00 | | | |
| Fidelity Life (term) | No value | | No value | $ 1.00 | | | |
| Principal Financial | $ 7,462.20 | | $ 7,462.20 | | | $ 7,462.20 | |
| Principal Financial (term) | Chiara | | No value | $ 1.00 | | | |
| Protective Life (term) | No value | | No value | $ 1.00 | | | |
| Tools | $ 4,000.00 | | $ 4,000.00 | $ 4,000.00 | | | |
| Timeshare- London Bridge | No value | | No value | $ 1.00 | | | |
| Timeshare- Wyndam | No value | | No value | $ 1.00 | | | |
| | | | | $ 22,824.00 | $ (8,725.00) | | |

| Non-Exempt Assets - $0.00 |
|---|
| Excess Wildcard - $22,824.00 |
| Excess Tool of Trade - $8,725.00 |

* Possibly need to claim some Homestead Exemption for 522(f) Motion. Currently no equity owned to claim any homestead.

{9109/002/01016771.XLSX}

1

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte**<br>First Name    Middle Name    Last Name |
| Debtor 2<br>(Spouse if, filing) | **Pamela Marie Chiaramonte**<br>First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number<br>(if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|---|
| **2.1** | **Nor-Cal Financial Development Corp.**<br>Creditor's Name | $0.00 | | |

**Blaine Laney**
**300 Frank H. Owen Plaza, Suite 175**
**Oakland, CA 94612**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a
community debt

**Describe the property that secures the claim:**

**Residence Loan Guarantee**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Filed 11/27/19    Case 19-14974    Doc 1

Debtor 1    **Salvador Louis Chiaramonte**
            First Name        Middle Name              Last Name

Debtor 2    **Pamela Marie Chiaramonte**
            First Name        Middle Name              Last Name

Case number (if known) _____

| 2.2 | **Pace Supply Corp** | **Describe the property that secures the claim:** | **$50,276.00** |

Creditor's Name

**Abstract of Judgement recorded 8/27/2019**

**6000 State Farm Drive, #200**
**Rohnert Park, CA 94928**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 | **Poppy Bank** | **Describe the property that secures the claim:** | **$410,000.00** |

Creditor's Name

**2nd DOT on residence. guaranteed. Additionally secured by corporate assets.**

**438 First Street, #200**
**Santa Rosa, CA 95401**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number   6009

| 2.4 | **SPS Servicing** | **Describe the property that secures the claim:** | **$387,000.00** |

Creditor's Name

**1st DOT on Residence**

**PO Box 65250**
**Salt Lake City, UT 84615**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number   8270

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 3

Filed 11/27/19     Case 19-14974     Doc 1

| Debtor 1 | **Salvador Louis Chiaramonte** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Pamela Marie Chiaramonte** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.5 | **Valley Oak Credit Union** | Describe the property that secures the claim: | **$7,636.19** |
|---|---|---|---|
| | Creditor's Name | | |

Describe the property that secures the claim:

**2001 Ford F-150**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**600 W. Main Street**
**Visalia, CA 93291**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$854,912.19** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$854,912.19** |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Pamela Marie Chiaramonte** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **California Attorney General** | Last 4 digits of account number _____ _____ | **$0.00** | |

| Priority Creditor's Name |
| P.O. Box 944255 |
| Sacramento, CA 94255 |
| Number Street City State Zip Code |

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**        Case number (if known) _____

| | | |
|---|---|---|
| **2.2** | **California Dept. of Tax and** | Last 4 digits of account number _____    **$0.00** |

**Priority Creditor's Name**
**Fee Administration**
**Account Information Group MIC:**
**29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| | | |
|---|---|---|
| **2.3** | **Employment Development Department** | Last 4 digits of account number _____    **$0.00** |

Priority Creditor's Name
**Bankruptcy/Special Procedures**
**Group**
**P.O. Box 826880 MIC 92E**
**Sacramento, CA 94280-0001**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| | | |
|---|---|---|
| **2.4** | **Franchise Tax Board** | Last 4 digits of account number _____    **$0.00** |

Priority Creditor's Name
**Bankruptcy Unit**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| **2.5** | **Internal Revenue Service** | Last 4 digits of account number _____ _____ | **$0.00** |

Priority Creditor's Name

**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| **2.6** | **Securities & Exchange Commission** | Last 4 digits of account number _____ _____ | **$0.00** |

Priority Creditor's Name

**Attn: Bankruptcy Counsel**
**5670 Wilshire Blvd., Fl. 11**
**Los Angeles, CA 90036**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| **2.7** | **Tulare County Tax Collector** | Last 4 digits of account number _____ _____ | **$0.00** |

Priority Creditor's Name

**221 S. Mooney Blvd.**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2019 Property Taxes**

---

Debtor 1     **Salvador Louis Chiaramonte**
Debtor 2     **Pamela Marie Chiaramonte**

Case number (if known) _____

| 2.8 | **United States Attorney** |
|---|---|

Priority Creditor's Name

**(IRS Division)**
**2500 Tulare Street, Suite 4401**
**Fresno, CA 93721**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| 2.9 | **United States Department of Justice** |
|---|---|

Priority Creditor's Name

**Civil Trial Section, Western Region**
**Box 683, Ben Franklin Station**
**Washington, DC 20044**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Salvador Louis Chiaramonte**

Debtor 2  **Pamela Marie Chiaramonte**               Case number *(if known)* _____

---

**4.1**  **AAA Overhead Door, Inc.**        Last 4 digits of account number _____ _____ _____ _____      **$1,325.00**

Nonpriority Creditor's Name

**P.O. Box 786**

**Woodlake, CA 93286**      When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

■ Debtor 1 and Debtor 2 only      ☐ Unliquidated

☐ At least one of the debtors and another      ☐ Disputed

■ Check if this claim is for a  community debt      Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?      ☐ Student loans

■ No      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes      ☐ Debts to pension or profit-sharing plans, and other similar debts

      ■ Other. Specify  **Corporate debt**

---

**4.2**  **Aaron & Lisa Newman**        Last 4 digits of account number _____ _____ _____ _____      Unknown

Nonpriority Creditor's Name

**PO Box 11249**

**Santa Rosa, CA 95406**      When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

■ Debtor 1 and Debtor 2 only      ☐ Unliquidated

☐ At least one of the debtors and another      ■ Disputed

■ Check if this claim is for a  community debt      Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?      ☐ Student loans

■ No      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes      ☐ Debts to pension or profit-sharing plans, and other similar debts

      ■ Other. Specify  _____

---

**4.3**  **Aaron & Lisa Newman**        Last 4 digits of account number _____ _____ _____ _____      Unknown

Nonpriority Creditor's Name

**18 Oxford Court**

**Santa Rosa, CA 95403**      When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

■ Debtor 1 and Debtor 2 only      ☐ Unliquidated

☐ At least one of the debtors and another      ■ Disputed

■ Check if this claim is for a  community debt      Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?      ☐ Student loans

■ No      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes      ☐ Debts to pension or profit-sharing plans, and other similar debts

      ■ Other. Specify  **Additional address**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 | **ABC Supply Co** | Last 4 digits of account number _____ | $35,858.29 |

Nonpriority Creditor's Name
**P.O. Box 748242**
**Los Angeles, CA 90074-8242**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.5 | **Accurate Mobile Testing** | Last 4 digits of account number _____ | $2,760.11 |

Nonpriority Creditor's Name
**1295 Hillcrest Rd.**
**Tulare, CA 93274**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.6 | **ACE Insulation, Inc.** | Last 4 digits of account number _____ | $7,676.50 |

Nonpriority Creditor's Name
**1306 Dynamic St.**
**Petaluma, CA 94954**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                              Case number (if known) _____

| 4.7 | **Acme Granite** | Last 4 digits of account number _____ | $20,899.00 |

Nonpriority Creditor's Name
**1865 E. Tulare Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Corporate debt**

---

| 4.8 | **Action Rentals, Inc.** | Last 4 digits of account number _____ | $243.39 |

Nonpriority Creditor's Name
**P.O. Box 1324**
**Hanford, CA 93232**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Corporate debt**

---

| 4.9 | **Action Rentals, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**10 South Brown Street**
**Hanford, CA 93230**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Additional addresses**

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1     Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.1 0**

**Adalberto Carmona**
Nonpriority Creditor's Name
**1586 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 1**

**Adobe Associates, Inc.**
Nonpriority Creditor's Name
**1220 N. Dutton Ave.**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$2,769.81**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

**4.1 2**

**ADT Security Services**
Nonpriority Creditor's Name
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  0318          **$156.97**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                    Case number (if known) _____

---

**4.1 3**

**ADT Security Services**                Last 4 digits of account number _____ _____        $0.00
Nonpriority Creditor's Name
**3190 S. VAUGHN WAY**                    When was the debt incurred?
**Aurora, CO 80014**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community    ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?           report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify  **Additional address**

---

**4.1 4**

**Air Techs**                            Last 4 digits of account number _____ _____        $149,700.00
Nonpriority Creditor's Name
**1603 W. Beaumont Ct.**                  When was the debt incurred?
**Tulare, CA 93274**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only              ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community    ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?           report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify  **Corporate debt**

---

**4.1 5**

**Alan Campbell**                        Last 4 digits of account number _____ _____        Unknown
Nonpriority Creditor's Name
**3600 Sweetgum Street**                  When was the debt incurred?
**Santa Rosa, CA 95403**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only              ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community    ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?           report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify _____

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 6** | **Alan Campbell** | |

Nonpriority Creditor's Name
**569 Drake Drive**
**Santa Rosa, CA 95409**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional Address**

---

| | | |
|---|---|---|
| **4.1 7** | **Albert Ruiz III** | |

Nonpriority Creditor's Name
**1435 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| | | |
|---|---|---|
| **4.1 8** | **ALCAL Specialty Contracting, Inc.** | |

Nonpriority Creditor's Name
**879 N. Wright Rd.**
**Santa Rosa, CA 95407-6605**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     $7,470.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**

Debtor 2   **Pamela Marie Chiaramonte**

Case number (*if known*) _____

---

| 4.1 9 | | |
|---|---|---|

**Alejandro Tomas Miranda**
Nonpriority Creditor's Name
**1415 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 0 | | |
|---|---|---|

**Alex Calderon**
Nonpriority Creditor's Name
**1524 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 1 | | |
|---|---|---|

**Alex Enriquez**
Nonpriority Creditor's Name
**1455 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                            Case number (if known) _____

| 4.2 2 | **AllStarz Pumping Service** | Last 4 digits of account number _____ _____ | $650.00 |

Nonpriority Creditor's Name
**P.O. Box 5606**
**Santa Rosa, CA 95402**                               When was the debt incurred?  _____
Number Street City State Zip Code
Who incurred the debt? Check one.                        **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a  community                ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **Corporate debt**

| 4.2 3 | **Altus Receivables Management** | Last 4 digits of account number _____ _____ | $0.00 |

Nonpriority Creditor's Name
**2400 Veterans Memorial Blvd., Suite**                  When was the debt incurred?  _____
**300**
**Kenner, LA 70062**
Number Street City State Zip Code                        **As of the date you file, the claim is: Check all that apply**
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a  community                ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **Collection agency for Healdsburg Lumber**
                                                         **Co. - for notice purposes**

| 4.2 4 | **American Bureau of Collections** | Last 4 digits of account number _____ _____ | $0.00 |

Nonpriority Creditor's Name
**500 Seneca Street, Suite 400**                         When was the debt incurred?  _____
**Buffalo, NY 14204**
Number Street City State Zip Code                        **As of the date you file, the claim is: Check all that apply**
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a  community                ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **Collection agency for HD Supply - for**
                                                         **notice purposes**

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                          Case number (if known) _____

| 4.2 5 | **American Contractors Indemnity Company** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**801 South Figueroa, Suite 700**
**Los Angeles, CA 90017**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Cross-Complaintant in lawsuit Ferguson Enterprises v. Chiaramonte Construction & Plumbing and Salvador Chiaramonte**

---

| 4.2 6 | **Amy Perry** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1579 Mirasson Court**
**Tulare, CA 93274**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **For notice purposes**

---

| 4.2 7 | **Amy Tonks** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**477 Walnut Grove Street**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                     Case number (if known)

---

| 4.2 8 | **Amy Tonks** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2115 Kawana Springs Rd Apt#103**
**Santa Rosa, CA 95404**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who Incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Additional address**

---

| 4.2 9 | **Ana Rosa Rodriguez** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1495 Steven Avenue**
**Farmersville, CA 93223**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who Incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

☐ Other. Specify _____

---

| 4.3 0 | **Andres Bravo Larios & Erica Aguilar** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1445 Mathew Avenue**
**Farmersville, CA 93223**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who Incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                    Case number (if known) _____

---

| 4.3 1 | **Andy & Kimberly Guy** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4544 Brighton Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiffs in lawsuit titled Andy & Kimberly Guy v. Chiaramonte Construction & Plumbing, Inc.**

---

| 4.3 2 | **Andy & Kimberly Guy** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1083 Vine Street, #121**
**Healdsburg, CA 95448**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

| 4.3 3 | **Anesthesia Consultants of Fresno** | Last 4 digits of account number  **1068** | **$147.01** |

Nonpriority Creditor's Name
**PO Box 65006**
**Fresno, CA 93650**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 4 | |
|---|---|

**Angelina Sarrias**
Nonpriority Creditor's Name
**1341 E. Apsen Avenue**
**Tulare, CA 93274**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 5 | |
|---|---|

**Anna Garcia**
Nonpriority Creditor's Name
**1576 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 6 | |
|---|---|

**Anthem Blue Cross**
Nonpriority Creditor's Name
**P.O. Box 51011**
**Los Angeles, CA 90051-5311**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **$33,342.14**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.37 | **Anthem Blue Cross** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 6112**
**Indianapolis, IN 46206**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

| 4.38 | **ASI Administrative Solutions** | | | $442.80 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 5809**
**Fresno, CA 93755**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

| 4.39 | **Associated Design and Engineering, Inc.** | | | $3,544.50 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**351 W. Cromwell Ave., Ste. #108**
**Fresno, CA 93711-6115**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**          Case number *(if known)* _____

---

**4.40**

| | |
|---|---|
| **Baldry Brothers Drilling** | Last 4 digits of account number _____      **$22,565.00** |
| Nonpriority Creditor's Name | |
| P.O. Box 1055 | When was the debt incurred? _____ |
| Penngrove, CA 94951-1055 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

☐ Debtor 1 only
☐ Debtor 2 only      ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ■ Disputed
☐ Check if this claim is for a community debt    **Type of NONPRIORITY unsecured claim:**
☐ Student loans
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Corporate debt

---

**4.41**

| | |
|---|---|
| **Barry Hong & Edward Mason** | Last 4 digits of account number _____      **Unknown** |
| Nonpriority Creditor's Name | |
| 4667 Katie Lee Way | When was the debt incurred? _____ |
| Santa Rosa, CA 95403 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

☐ Debtor 1 only
☐ Debtor 2 only      ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ■ Disputed
■ Check if this claim is for a community debt    **Type of NONPRIORITY unsecured claim:**
☐ Student loans
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.42**

| | |
|---|---|
| **Barry Hong & Edward Mason** | Last 4 digits of account number _____      **Unknown** |
| Nonpriority Creditor's Name | |
| 2139 Waltzer Rd | When was the debt incurred? _____ |
| Santa Rosa, CA 95403 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

☐ Debtor 1 only
☐ Debtor 2 only      ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ■ Disputed
■ Check if this claim is for a community debt    **Type of NONPRIORITY unsecured claim:**
☐ Student loans
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**      Case number (if known) _____

---

| 4.4 3 | | | |
|---|---|---|---|

**Bay Alarm Company**
Nonpriority Creditor's Name
**P.O. Box 7137**
**San Francisco, CA 94120-7137**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_      **$4,090.33**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.4 4 | | | |
|---|---|---|---|

**Bay Alarm Company**
Nonpriority Creditor's Name
**5130 Commercial Circle**
**Concord, CA 94520**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.4 5 | | | |
|---|---|---|---|

**Bay Alarm Company**
Nonpriority Creditor's Name
**1016 Clegg Court**
**Petaluma, CA 94954**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 6 | **BC Engineering** | Last 4 digits of account number _____ | **$968.54** |

Nonpriority Creditor's Name
**2800 Cleveland Ave., Ste. C**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Corporate debt

---

| 4.4 7 | **Bedrosians** | Last 4 digits of account number _____ | **$1,477.05** |

Nonpriority Creditor's Name
**Corp Office 4460 W. Shaw Ave., #197**
**Fresno, CA 93722**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Corporate debt

---

| 4.4 8 | **Bedrosians** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**4285 N. Golden State Blvd.**
**Fresno, CA 93722**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Additionak address

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 9 | | |
|---|---|---|

**Benitez Landscape and Maint**
Nonpriority Creditor's Name
**12640 Ave. 320**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $10,415.19

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.5 0 | | |
|---|---|---|

**Best Buy**
Nonpriority Creditor's Name
**PO Box 78009**
**Phoenix, AZ 85062**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   2370    $3,016.80

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.5 1 | | |
|---|---|---|

**Best Buy**
Nonpriority Creditor's Name
**PO Box 790441**
**Saint Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   2370    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5 2**

**Beyers Costin Simon**
Nonpriority Creditor's Name
**200 4th Street, #400**
**Santa Rosa, CA 95401**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Osmun Construction, Inc. - for notice purposes**

---

**4.5 3**

**BGM Construction**
Nonpriority Creditor's Name
**Mark Freeman**
**813 Stonehill Court**
**Vacaville, CA 95687**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.5 4**

**Big Brand Tire and Service**
Nonpriority Creditor's Name
**809 Calle Plano**
**Camarillo, CA 93012**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $2,105.21

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt/ credit card (9260)**

---

Case Number: 2019-14974          Filed: 11/27/2019 2:23:15 PM          Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.5 5 | | | |
|---|---|---|---|

**Big Brand Tire and Service**
Nonpriority Creditor's Name
**PO Box 51193**
**Los Angeles, CA 90051**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Additional address**

| 4.5 6 | | | |
|---|---|---|---|

**Big Brand Tire and Service Commercial**
Nonpriority Creditor's Name
**809 Calle Plano**
**Camarillo, CA 93012**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   3035          Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **for notice purpose**

| 4.5 7 | | | |
|---|---|---|---|

**Big Lots**
Nonpriority Creditor's Name
**P.O. Box 659707**
**San Antonio, TX 78265-9707**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   7533          $985.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit card**

Debtor 1    **Salvador Louis Chiaramonte**

Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.58**

**Bill & Lynn Glesson**

Nonpriority Creditor's Name

**51 Oxford Court**

**Santa Rosa, CA 95403**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.59**

**Bill & Lynn Glesson**

Nonpriority Creditor's Name

**1333 Montreal Lane**

**Sebastopol, CA 95472**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Additional Address**

---

**4.60**

**Billy & Elissa Andre**

Nonpriority Creditor's Name

**1691 Randon Way**

**Santa Rosa, CA 95403**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.6 1 | **Billy & Elissa Andre** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7913 Winter Born Way**
**Windsor, CA 95492**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Additional Address**

---

| 4.6 2 | **BlueLine Rental/United Rentals** | Last 4 digits of account number **0123** | **$30,341.16** |

Nonpriority Creditor's Name
**27775 Dutcher Creek Rd.**
**Cloverdale, CA 95425**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Corporate debt**

---

| 4.6 3 | **BlueLine Rental/United Rentals** | Last 4 digits of account number **0123** | **$0.00** |

Nonpriority Creditor's Name
**6125 Lakeview Rd.**
**Charlotte, NC 28269**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.6 4 | **BODEAN Company, Inc.** | Last 4 digits of account number _____ | $6,894.39 |

Nonpriority Creditor's Name
**1060 North Dutton Ave.**
**Santa Rosa, CA 94501-5011**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

| 4.6 5 | **Brad & Kim Tarnutzer** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**510 Jean Marie Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.6 6 | **Brad & Kim Tarnutzer** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**P.O. Box 687**
**Windsor, CA 95492**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional Address**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                          Case number (if known) _____

---

| 4.6 7 | |
|---|---|

**Breanna Black**
Nonpriority Creditor's Name
**2065 Stagecoach Road**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 8 | |
|---|---|

**Breanna Black**
Nonpriority Creditor's Name
**2319 Sierra Creek Ct**
**Santa Rosa, CA 95405**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional address**

---

| 4.6 9 | |
|---|---|

**Brian & Jacqueline Scott**
Nonpriority Creditor's Name
**4551 Brighton Dr**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                    Case number (if known) _____

---

| 4.7 0 | **Brian & Jacqueline Scott** | | | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**831 Howards St**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.7 1 | **Brian & Jacqueline Scott** | | | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1488 Sunrise Pkwy**
**Petaluma, CA 94954**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.7 2 | **Brian Geary** | | | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Carver Pump Service**
**139 N. Cain Street**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **for notice purpose**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.7 3**

**Bruce & Lisa Smith**
Nonpriority Creditor's Name
**1392 Bourbon Street**
**Springville, CA 93265**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.7 4**

**Build-Tek Inc.**
Nonpriority Creditor's Name
**55 Howe Rd.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$43,994.99**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt**

---

**4.7 5**

**Burgess Lumber**
Nonpriority Creditor's Name
**3610 Copperhill Lane**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$11,398.46**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                          Case number (if known) _____

| 4.7 6 | **Burgess Lumber** | **Last 4 digits of account number** _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**855 Lakeville Street, #200**
**Petaluma, CA 94952**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Additional address**

---

| 4.7 7 | **C.H. Brown Co., LLC/Platt Valley Bank** | **Last 4 digits of account number** _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**20 W. Frontage Road**
**Wheatland, WY 82201**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Possible deficency balance owed**

---

| 4.7 8 | **C.H. Brown Co., LLC/Platt Valley Bank** | **Last 4 digits of account number** _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 789**
**Wheatland, WY 82201**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Additional address**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**     Case number (if known) _____

---

**4.79**   **C2C Resources, LLC**
Nonpriority Creditor's Name
**56 Perimeter Center East, Suite 100**
**Atlanta, GA 30346**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $0.00
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection agency for Cinquini & Passarino, Inc. - for notice purposes**

---

**4.80**   **Cal Coast Credit Service, Inc.**
Nonpriority Creditor's Name
**1142 State Farm Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $0.00
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection agency for Power Pole Service - for notice purposes**

---

**4.81**   **California American Water Company**
Nonpriority Creditor's Name
**P.O. Box 7150**
**Pasadena, CA 91109-7150**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $3,470.45
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt**

---

Case Number: 2019-14974     Filed 11/27/2019 2:23:15 PM     Doc # 1     Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.8 2 | **California Dairy** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2000 N. Plaza Drive**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

| 4.8 3 | **California Mantel & Fireplace, Inc.** | Last 4 digits of account number _____ | $43,480.00 |

Nonpriority Creditor's Name
**P.O. Box 340037**
**Sacramento, CA 95834-0037**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Corporate debt**

---

| 4.8 4 | **California Seamless Gutters** | Last 4 digits of account number _____ | $625.00 |

Nonpriority Creditor's Name
**4209 Miles Ave.**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.8 5 | **California Truss Frame, LLC** | Last 4 digits of account number _____ | **$15,723.00** |

Nonpriority Creditor's Name
**23665 Cajalco Rd., LIC #4003339537**
**Perris, CA 92570**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.8 6 | **California Truss Frame, LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**25220 Hancock Ave., suite 350**
**Murrieta, CA 92562**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.8 7 | **Cannon Law Group** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**53 S. 600 E**
**Salt Lake City, UT 84102**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorneys for Sunbelt Rentals, Inc. - for notice purposes**

---

Debtor 1  **Salvador Louis Chiaramonte**

Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.88**

**CareCredit, LLC**
Nonpriority Creditor's Name
PO Box 960061
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    7263                    $0.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card**

---

**4.89**

**Carlos Adrian Cerros**
Nonpriority Creditor's Name
1505 Mathew Avenue
Farmersville, CA 93223
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                    Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  _____

---

**4.90**

**Carol McHale**
Nonpriority Creditor's Name
Erin Murphey
1420 Starview Court
Santa Rosa, CA 95403
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number                    Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiffs in lawsuit titled Carol McHale & Erin Murphey v. Chiaramonte Construction & Plumbing and Sal Chiaramonte. (Job)**

---

Debtor 1   **Salvador Louis Chiaramonte**

Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.9 1 | |
|---|---|

**Carol McHale**

Nonpriority Creditor's Name

**Erin Murphey**
**2513 Caballo CT**
**Santa Rosa, CA 95401**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

■ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional Address**

---

| 4.9 2 | |
|---|---|

**Carver Pump Service**

Nonpriority Creditor's Name

**139 N. Cain Street**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 3 | |
|---|---|

**Casa Blanca Apts**

Nonpriority Creditor's Name

**2212 N. Marks Avenue**
**Fresno, CA 93722**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                    Case number (if known) _____

---

| 4.9 4 | **Castle Equipment Services, Inc.** | Last 4 digits of account number _____ | $905.00 |

Nonpriority Creditor's Name
**1220 Century Court**
**Santa Rosa, CA 95403**           When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
☐ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ■ Disputed
■ Check if this claim is for a community       Type of NONPRIORITY unsecured claim:
debt                                           ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims
☐ Yes                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ■ Other. Specify   **Corporate debt**

---

| 4.9 5 | **Cathy & Ryan McGuirre** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Valvoline Instant Oil Change**
**5424 W. Cypress Ave**
**Visalia, CA 93277**             When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ■ Disputed
■ Check if this claim is for a community       Type of NONPRIORITY unsecured claim:
debt                                           ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims
☐ Yes                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ■ Other. Specify   **for notice purpose**

---

| 4.9 6 | **Central Heating and Cooling Inc.** | Last 4 digits of account number _____ | $1,175.38 |

Nonpriority Creditor's Name
**1648-B West Tulare Ave., LIC**
**#1033451**
**Tulare, CA 93274**             When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ■ Disputed
■ Check if this claim is for a community       Type of NONPRIORITY unsecured claim:
debt                                           ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims
☐ Yes                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ■ Other. Specify   **Corporate debt**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.9 7 | **Central Valley** | Last 4 digits of account number _____ | **$19,804.23** |

Nonpriority Creditor's Name
**P.O. Box 5749**
**Napa, CA 94581**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.9 8 | **Central Valley** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1804 Soscal Ave.**
**Napa, CA 94559**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.9 9 | **CFMG California Urology** | Last 4 digits of account number **5126** | **$6.20** |

Nonpriority Creditor's Name
**PO Box 38948**
**Fresno, CA 93729**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 00** | **Charlene Amber Cantrell** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**1385 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.1 01** | **CheckRite Backflow Services** | Last 4 digits of account number _____   **$1,260.00** |

Nonpriority Creditor's Name
**3618 Chanate Rd.**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| | | |
|---|---|---|
| **4.1 02** | **Chris & Diane Winters** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**4558 Brighton Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.1 03 | **Chris & Diane Winters** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**7563 13th Hole Drive**
**Windsor, CA 95492**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Additional address** _____

| 4.1 04 | **Chris Shaughnessy** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2029 Stagecoach Road**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

| 4.1 05 | **Chris Shaughnessy** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2041 Stagecoach Road**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Additional Address** _____

Case Number: 2019-14974       Filed: 11/27/2019 2:23:15 PM       Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**
                                                           Case number *(if known)* _____

---

**4.1 06**

**Chris Shaughnessy**
Nonpriority Creditor's Name
**1879 Alan Dr**
**Penngrove, CA 94951**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

**4.1 07**

**Christensen Residence**
Nonpriority Creditor's Name
**4671 Katie Lee Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 08**

**Cinquini & Passarino Inc.**
Nonpriority Creditor's Name
**1360 North Dutton Ave., Ste. 150**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$31,562.24**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

Case Number: 2019-14974   Filed 11/27/2019 2:23:15 PM   Doc # 1   

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.1 09**

**City of Petaluma**
Nonpriority Creditor's Name
P.O. Box 6011
Petaluma, CA 94953-6011
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1505;2104**     **$792.15**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

**4.1 10**

**City of Petaluma**
Nonpriority Creditor's Name
11 English Street
Petaluma, CA 94952
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

**4.1 11**

**City of Santa Rosa**
Nonpriority Creditor's Name
P.O. Box 1658
Santa Rosa, CA 95402
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number     **$1,200.48**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                     Case number (if known) _____

| 4.1 12 | **City of Santa Rosa** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 5013**
**Hayward, CA 95540**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

| 4.1 13 | **Clement, Fitzpatrick & Kenworthy** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Davin R. Bahco**
**3333 Mendocino Ave., Ste. 200**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for William Rosa and Aaron Rosa - for notice purposes**

| 4.1 14 | **Clint & Jaclyn Jones** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**557 N. Manor Street**
**Tulare, CA 93274**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.1 15 | **Coast to Coast Financial Solutions** |
|---|---|

Nonpriority Creditor's Name
**101 Hodencamp Road #120**
**Thousand Oaks, CA 91360**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1625** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collecting for Recology Sonoma Marin - Falcon Ridge - for notice purpose**

| 4.1 16 | **Coast to Coast Financial Solutions** |
|---|---|

Nonpriority Creditor's Name
**PO Box 2086**
**Thousand Oaks, CA 91358**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **9360** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collecting for Recology Sonoma Marin - Falcon Ridge**

| 4.1 17 | **Cody & Monique Walker** |
|---|---|

Nonpriority Creditor's Name
**3609 Sumatra Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Cross-Complaintants in lawsuit titles Cody and Monique Walker v. Chiaramonte Construction & Plumbing, Inc.**

Debtor 1  Salvador Louis Chiaramonte
Debtor 2  Pamela Marie Chiaramonte

Case number (if known) _____

---

**4.1 18**

**Cody & Monique Walker**
Nonpriority Creditor's Name
**PO Box 201**
**Fulton, CA 95439**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

**4.1 19**

**Collection Bureau of America**
Nonpriority Creditor's Name
**25954 Eden Landing Road, 1st Floor**
**Hayward, CA 94545-3816**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No

☐ Yes

Last 4 digits of account number  **1918;5570;9 158;5978;92 85;9242**    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for City of Santa Rosa - for notice purpose - Addtional acct #: 9415, 9412**

---

**4.1 20**

**Comcast Business**
Nonpriority Creditor's Name
**P.O. Box 60533**
**City of Industry, CA 91716-0533**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $2,830.05

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.1 21**

**Comcast Business**                                     Last 4 digits of account number _____    $0.00
Nonpriority Creditor's Name
**1130 N. Chase Parkway, No. 150**                       When was the debt incurred? _____
**Marietta, GA 30067**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community                 ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **Additional address**

---

**4.1 22**

**Comfort Medical**                                      Last 4 digits of account number _____    $730.07
Nonpriority Creditor's Name
**4240 NW 120th Ave.**                                    When was the debt incurred? _____
**Pompano Beach, FL 33065**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community                 ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify _____

---

**4.1 23**

**Conrad Munoz**                                         Last 4 digits of account number _____    Unknown
Nonpriority Creditor's Name
**120 W. School Ave.**                                    When was the debt incurred? _____
**Visalia, CA 93291**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community                 ☐ Student loans
debt                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**             Case number *(if known)* _____

---

| 4.1 24 | **Contractors State License Board** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 26000**
**Sacramento, CA 95826**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For notice purposes** _____

---

| 4.1 25 | **Corporate Direct, Inc.** | Last 4 digits of account number _____ | $985.00 |

Nonpriority Creditor's Name
**2248 Meridian Blvd., Ste. H**
**Minden, NV 89423**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt** _____

---

| 4.1 26 | **Corporation Service Company** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Agent for service of process for Poppy Bank - for notice purposes**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                  Case number (If known)  _____

| 4.1 27 | **Corrine Labat** | Last 4 digits of account number  _____ | Unknown |

Nonpriority Creditor's Name
**3569 Sweetgum Street**
**Santa Rosa, CA 95403**            When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt? Check one.**              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ☐ Other. Specify  _____

| 4.1 28 | **Corrine Labat** | Last 4 digits of account number  _____ | Unknown |

Nonpriority Creditor's Name
**1993 Piner Court**
**Santa Rosa, CA 95403**            When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt? Check one.**              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify  **Additional Address**

| 4.1 29 | **Coulter's Flooring America** | Last 4 digits of account number  _____ | $27,311.92 |

Nonpriority Creditor's Name
**2309 East Tulare Ave.**
**Tulare, CA 93274**                When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt? Check one.**              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                   **Corporate debt. Plaintiff in lawsuit titled**
                                   **Coulter's Flooring America aka Coulter's**
                                   **Interiors Inc. v. Salvadore Chiaramonte dba**
☐ Yes              ■ Other. Specify  **Chiaramonte Construction and Plumbing**

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.1
30**

**Craig & Kristin Wheeler**
Nonpriority Creditor's Name
**4702 Lambert Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1
31**

**Craig & Kristin Wheeler**
Nonpriority Creditor's Name
**690 Natalie Drive**
**Windsor, CA 95492**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

---

**4.1
32**

**Credit Collection Services**
Nonpriority Creditor's Name
**725 Canton Street**
**Norwood, MA 02062**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection agency for Progressive Commercial - for notice purposes**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**     Case number (if known) _____

---

| | | |
|---|---|---|
| **4.1**<br>**33** | **Credit Collection Services** | Last 4 digits of account number _____      **$0.00** |

Nonpriority Creditor's Name
**PO Box 55156**
**Boston, MA 02205**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| | | |
|---|---|---|
| **4.1**<br>**34** | **Creditors Bureau USA** | Last 4 digits of account number **5019**      **$0.00** |

Nonpriority Creditor's Name
**757 L Street**
**Fresno, CA 93714**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collecting for Fresno Surgical Hospital - for notice purposes**

---

| | | |
|---|---|---|
| **4.1**<br>**35** | **Crisanto Renteria** | Last 4 digits of account number _____      **$0.00** |

Nonpriority Creditor's Name
**700 S. Encina #C**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff in lawsuit Crisanto Renteria v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**                                   Case number (if known) _____

| 4.1 36 | **Crown Cabinets/Olympia Sales Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1537 South 700**
**West Salt Lake City, Utah**
**84104-0000**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___                **$15,278.29**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.1 37 | **Crum & Forster** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**26600 Telegraph Rd**
**Southfield, MI 48033**
Number Street City State Zip Code

Last 4 digits of account number  **3801**                **Unknown**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for First Mercury Insurance -for notice purpose**

---

| 4.1 38 | **Crystal G. Negrete & Rosario E. Negrete** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1464 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___                **Unknown**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                    Case number (if known) _____

---

| 4.1 39 | **CSBS, Inc.** | Last 4 digits of account number _____ | $1,129.02 |

Nonpriority Creditor's Name
**2208 Northpoint Parkway**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.1 40 | **CSBS, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 6676**
**Santa Rosa, CA 95406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Additional address**

---

| 4.1 41 | **CSC Lawyers Incorporating Service** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Agent for Service of Process for DHC Supplies - for notice purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.1 42**

**Dan & Cheryl Hale**
Nonpriority Creditor's Name
**1309 Crestview Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 43**

**Dan & Cheryl Hale**
Nonpriority Creditor's Name
**2401 Appletree Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional Address**

---

**4.1 44**

**Dan Harrison**
Nonpriority Creditor's Name
**809 E. Center Street**
**Visalia, CA 93291**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.1 45 | |
|---|---|

**Dana & Suzi Kelley**
Nonpriority Creditor's Name
**1689 Randonn Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 46 | |
|---|---|

**Dana & Suzi Kelley**
Nonpriority Creditor's Name
**P.O. Box 73**
**Glenhaven, CA 95443**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address** _____

---

| 4.1 47 | |
|---|---|

**Daniel & Elizabeth Downing**
Nonpriority Creditor's Name
**2025 Shelbourne Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.1 48 | **Darren & Michelle Howe** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1286 Tuilptree Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 49 | **Dave Madsen** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4351 Mines Road**
**Livermore, CA 94550**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 50 | **Davey Tree Expert Company** | Last 4 digits of account number  7174 | $650.00 |

Nonpriority Creditor's Name
**P.O. Box 94532**
**Cleveland, OH 44101-4532**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

Filed 11/27/19    Case 19-14974    Doc 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**       Case number (if known) _____

---

**4.1
51**

**Davey Tree Expert Company**
Nonpriority Creditor's Name
**P.O. Box 94532**
**Cleveland, OH 44101-4532**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **$650.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1
52**

**Davey Tree Expert Company**
Nonpriority Creditor's Name
**1500 North Mantua St**
**P.O. Box 5193**
**Kent, OH 44240-5193**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Addtional Address**

---

**4.1
53**

**David & Ellen Lenchner**
Nonpriority Creditor's Name
**1324 Cashew Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.1 54 | | |
|---|---|---|

**David & Ellen Lenchner**
Nonpriority Creditor's Name
**18607 Melody Lane**
**Sonoma, CA 95476**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

| 4.1 55 | | |
|---|---|---|

**David & Julie Bullock**
Nonpriority Creditor's Name
**4830 Carriage Lane**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 56 | | |
|---|---|---|

**David & Melissa Edney**
Nonpriority Creditor's Name
**3550 Santiago Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  Salvador Louis Chiaramonte
Debtor 2  Pamela Marie Chiaramonte

Case number (if known) _____

| 4.1 57 | **David & Melissa Edney** | Last 4 digits of account number | _____ | Unknown |

Nonpriority Creditor's Name
**568 E. Jasmine Circle**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Additional Address**

---

| 4.1 58 | **David & Siono Lorange** | Last 4 digits of account number | _____ | Unknown |

Nonpriority Creditor's Name
**4712 Paulette Place**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.1 59 | **David & Siono Lorange** | Last 4 digits of account number | _____ | Unknown |

Nonpriority Creditor's Name
**1264 Baird Rd**
**Santa Rosa, CA 95409**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Additional address**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.1 60 | **David Keovilay & Eckachia Aihai** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1560 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 61 | **David L. Misakian** | Last 4 digits of account number _____ | **$17,590.00** |

Nonpriority Creditor's Name
**Misakian Living Trust**
**75 Andreas Dr.**
**Novato, CA 94945**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Landlord in Santa Rosa**

| 4.1 62 | **David Rodriguez Hernandez** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1515 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.1 63 | **David Stevenson** |
|---|---|

Nonpriority Creditor's Name
**4331 W. Elowin Street**
**Visalia, CA 93291**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 64 | **David Wood** |
|---|---|

Nonpriority Creditor's Name
**4845 Carriage Lane**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 65 | **David Wood** |
|---|---|

Nonpriority Creditor's Name
**734 Decanter Circle**
**Windsor, CA 95492**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**                                    Case number *(if known)*

| 4.1 66 | **David Woods** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**214 Portola Avenue**
**Exeter, CA 93221**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 67 | **Dean & Kristina Davis** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2005 Shelbourne Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 68 | **Dean & Kristina Davis** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**248 Mark West Commons Circle**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.1
69**

**DeHann & Bach**
Nonpriority Creditor's Name
**a Legal Professional Association**
**25 Whitney Drive, Suite 106**
**Milford, OH 45150**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorneys for Sherwin-Williams Co. - for notice purposes**

---

**4.1
70**

**Della Katkuoy**
Nonpriority Creditor's Name
**2164 Wedgewood Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

**4.1
71**

**Della Katkuoy**
Nonpriority Creditor's Name
**5100 Dowdell Ave #309**
**Rohnert Park, CA 94928**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**     Case number *(if known)* _____

---

**4.1 72**

**Dennis & Sue Craig**
Nonpriority Creditor's Name
**4562 Brighton Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 73**

**Dennis Kerby & Cheryl Fox**
Nonpriority Creditor's Name
**159 Dorchester Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 74**

**Dennis Kerby & Cheryl Fox**
Nonpriority Creditor's Name
**323 Jacqueline Dr**
**Santa Rosa, CA 95405**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address** _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.1 75 | **Dennis Lipson** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Merced Number One 95MLP**
**Federal Express Building**
**3326 W. Mineral King Avenue**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 76 | **Department of Motor Vehicles** | Last 4 digits of account number _____ | **$974.00** |

Nonpriority Creditor's Name
**P.O. Box 942897**
**Sacramento, CA 94927-0897**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 77 | **DHC Supplies, Inc.** | Last 4 digits of account number _____ | **$14,205.33** |

Nonpriority Creditor's Name
**3440 Standish Avenue**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Plaintiff in lawsuit titled DHC Supplies v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                               Case number (if known) _____

---

| 4.1 78 | **DHC Supplies, Inc.** | **Last 4 digits of account number** _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**11346 Sunco Dr., Ste. 101**
**Rancho Cordova, CA 95742**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.1 79 | **Diane & Robert Pintane** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**50 Dorchester Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| 4.1 80 | **Diane & Robert Pintane** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**5411 Corbett Circle**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

Debtor 1   Salvador Louis Chiaramonte
Debtor 2   Pamela Marie Chiaramonte

Case number (if known) _____

---

**4.1 81**

**Dicker & Dicker, LLP**
Nonpriority Creditor's Name
**Attorneys at Law**
**4580 E. Thousand Oaks Blvd., Suite 350**
**Thousand Oaks, CA 91362**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for ABC Supply Co. - for notice purposes**

---

**4.1 82**

**Digitech Reprographics**
Nonpriority Creditor's Name
**1340 Commerce St., Ste. K**
**Petaluma, CA 94954**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     $1,447.03

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt**

---

**4.1 83**

**Dish Network**
Nonpriority Creditor's Name
**PO Box 7203**
**Pasadena, CA 91109**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   5308     $205.74

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1    Salvador Louis Chiaramonte

Debtor 2    Pamela Marie Chiaramonte

Case number (if known) _____

---

| 4.1 84 | **Diversified Adjustment Services, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**The Collection Specialists**
**600 Coon Rapids Blvd**
**Minneapolis, MN 55433**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ At least one of the debtors and another

■ Debtor 1 and Debtor 2 only

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Collection agency for PG&E - for notice purposes**

---

| 4.1 85 | **Diversified Adjustment Services, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**The Collection Specialists**
**PO Box 32145**
**Fridley, MN 55432**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                      Case number (if known) _____

| 4.1 86 | | | |
|---|---|---|---|

**Dixieline Lumber & Home Centers**                Last 4 digits of account number _____            $27,514.37
Nonpriority Creditor's Name
P.O. Box 843909                                    When was the debt incurred? _____
Los Angeles, CA 90084-3909
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
■ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Corporate debt. Plaintiff is lawsuit titited**
                                                   **Probuild Company, LLC dba Dixieline**
                                                   **Lumber Co. v. Chiaramonte Construction &**
☐ Yes                                              ■ Other. Specify  **Plumbing, Inc. and Salvador Chiaramonte**

| 4.1 87 | | | |
|---|---|---|---|

**Dixieline Lumber & Home Centers**                Last 4 digits of account number _____            $0.00
Nonpriority Creditor's Name
3250 Sports Arena Blvd                             When was the debt incurred? _____
San Diego, CA 92110
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
■ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Additional address**

| 4.1 88 | | | |
|---|---|---|---|

**Dominic & Aimee Martinelli**                     Last 4 digits of account number _____            Unknown
Nonpriority Creditor's Name
41 & 43 Ursuline Rd Duplex                          When was the debt incurred? _____
Santa Rosa, CA 95403
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify _____

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.1 89 | **Dominic & Aimee Martinelli** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2721 Doverton Square**
**Mountain View, CA 94040**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

| 4.1 90 | **Don Hoskinson Construction, Inc.** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**34719 Wilson Drive**
**Springville, CA 93265**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 91 | **Doyle & Amie Rood** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1287 Tuliptree Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.1 92 | **Doyle & Amie Rood** |
|---|---|

Nonpriority Creditor's Name
**5577 Skylane Blvd Ste# 6A**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Additional Address**

---

| 4.1 93 | **Dunn's Sand, Inc. dba Dunn's Inc.** |
|---|---|

Nonpriority Creditor's Name
**303 N. Ben Maddox**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number _____     **$38,002.64**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Plaintiff in lawsuit titled Dunn's Sand, Inc. v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

| 4.1 94 | **E-Man Electric, Inc.** |
|---|---|

Nonpriority Creditor's Name
**19831 E. Adams Ave.**
**Reedley, CA 93654**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$38,002.64**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Corporate debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                    Case number (if known) _____

| 4.1 95 | **Ebbin Morales & Ma De Jesus Garcia** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1464**
**Farmersville, CA 93223**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ No
☐ Yes

☒ Other. Specify _____

| 4.1 96 | **Ed and Annette Randol** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3597 Sweetgum Street**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ No
☐ Yes

☒ Other. Specify _____

| 4.1 97 | **Ed and Annette Randol** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2021 Bluebell Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ No
☐ Yes

☒ Other. Specify  **Additional address** _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.1 98**

**Eric Edenfield**
Nonpriority Creditor's Name
**Christopher Morano**
**1431 Starview Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.1 99**

**Eric Edenfield**
Nonpriority Creditor's Name
**Christopher Morano**
**3855 Saxon Dr S.**
**Salem, OR 97302**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional address**

---

**4.2 00**

**Esmeralda Espindola & Cesar Alvarez**
Nonpriority Creditor's Name
**1484 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**

Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known)

---

| 4.2 01 | **Estero Properties, LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1908 S. Court Street**
**Visalia, CA 93277**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.2 02 | **Farrow Ready Mix** | Last 4 digits of account number | **$16,943.75** |

Nonpriority Creditor's Name

**P.O. Box 800**
**Windsor, CA 95492**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.2 03 | **FastTrack** | Last 4 digits of account number | **$125.00** |

Nonpriority Creditor's Name

**P.O. Box 26926**
**San Francisco, CA 94126**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2 04 | | | |
|---|---|---|---|

**FedEx**
Nonpriority Creditor's Name
P.O. Box 7221
Pasadena, CA 91109-7321
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$26.36**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.2 05 | | | |
|---|---|---|---|

**Ferguson Enterprises, Inc.**
Nonpriority Creditor's Name
704 N. Laverne Ave
Fresno, CA 93727
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ■ Yes

Last 4 digits of account number  **1151**        **$41,819.60**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Plaintiff in lawsuit titled Ferguson Enterprise v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

| 4.2 06 | | | |
|---|---|---|---|

**Ferguson Enterprises, Inc.**
Nonpriority Creditor's Name
P.O. Box 740827
Los Angeles, CA 90074-0827
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ■ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Additional address**

---

| Debtor 1 | **Salvador Louis Chiaramonte** |
|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** |

Case number (if known) _____

---

**4.2 07**

**Financial Credit Network**
Nonpriority Creditor's Name
**PO Box 3084**
**Visalia, CA 93278-3084**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection agency for Personnel Solutions Unlimited, Inc. - for notice purposes**

---

**4.2 08**

**Financial Credit Network**
Nonpriority Creditor's Name
**PO Box 3084**
**Visalia, CA 93278-3084**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   1068    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collecting for Anesthesia Consultants of Fresno - for notice purposes**

---

**4.2 09**

**Finish Line Construction**
Nonpriority Creditor's Name
**9048 Brooks Road S #177**
**Windsor, CA 95492**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2 10 | **First Insurance Funding** | Last 4 digits of account number _____ | $32,131.39 |

Nonpriority Creditor's Name
**P.O. Box 7000**
**Carol Stream, IL 60197-7000**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

| 4.2 11 | **First Insurance Funding** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**450 Skokie Blvd, #100**
**Northbrook, IL 60062**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

| 4.2 12 | **Fleet Response** | Last 4 digits of account number **9331** | Unknown |

Nonpriority Creditor's Name
**6450 Rockside Woods Blvd. Suite #250**
**Independence, OH 44131**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for United Rentals for the dump truck that was totaled - For notice purposes**

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 13**

**Fletcher & Haley Skerrett**
Nonpriority Creditor's Name
**69 Oxford Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 14**

**Fletcher & Haley Skerrett**
Nonpriority Creditor's Name
**9048 Brooks Rd. Ste #381**
**Windsor, CA 95492**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional Address**

---

**4.2 15**

**Florence Apartments Associates, Inc.**
Nonpriority Creditor's Name
**c/o Cordes Developement 2, LLC**
**7213 S. Perdo Way**
**Aurora, CO 80016**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1     Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| 4.2 16 | **Ford Credit** | Last 4 digits of account number _____ $2,795.21 |

Nonpriority Creditor's Name
P.O. Box 790072
St. Louis, MO 63179-0072
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | | |
|---|---|---|
| 4.2 17 | **Forester, Weber & Associates, LLC** | Last 4 digits of account number _____ $2,442.08 |

Nonpriority Creditor's Name
1620 W. Mineral King Ave. Ste. B
Visalia, CA 93291
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Corporate debt

| | | |
|---|---|---|
| 4.2 18 | **Frank & Justice Mello** | Last 4 digits of account number _____ Unknown |

Nonpriority Creditor's Name
315 Pacific Heights Drive
Santa Rosa, CA 95403
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                    Case number (if known) _____

| 4.2 19 | **Frank & Justice Mello** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**122 Calistoga Road #608**
**Santa Rosa, CA 95409**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

| 4.2 20 | **Fred & Julia Pennewell** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**PO Box 148**
**Fulton, CA 95439**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| 4.2 21 | **Fred & Julia Pennewell** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**102 Dorchester Dr**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts ·
■ Other. Specify   **Additional Address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| | |
|---|---|
| 4.2 22 | |

**Fresno Surgical Hospital**
Nonpriority Creditor's Name
**6125 N Fresno Street**
**Fresno, CA 93710**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$1,413.67**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | |
|---|---|
| 4.2 23 | |

**Friedman's Home Improvement**
Nonpriority Creditor's Name
**1385 N. McDowell Blvd., Ste. 100**
**Petaluma, CA 94954**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$8,309.27**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

| | |
|---|---|
| 4.2 24 | |

**Friedman's Home Improvement**
Nonpriority Creditor's Name
**429 North McDowell Blvd**
**Petaluma, CA 94950**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**

Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2<br>25 | | |
|---|---|---|

**Gabriela Aguayo**
Nonpriority Creditor's Name

**1356 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2<br>26 | | |
|---|---|---|

**Gary A. Bemis, Attorney at Law**
Nonpriority Creditor's Name

**3870 LA Sierra Ave Suite 239**
**Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9001**     Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collecting for Healdsburg Lumber - for notice purpose**

---

| 4.2<br>27 | | |
|---|---|---|

**GCCI, Inc.**
Nonpriority Creditor's Name

**PO Box 11039**
**Santa Rosa, CA 95406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 28**

**Gerardo Carcia Gutierrez**
Nonpriority Creditor's Name
**1545 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.2 29**

**Gibbs, Giden, Locher, et al.**
Nonpriority Creditor's Name
**1880 Century Park East, 12th Floor**
**Los Angeles, CA 90067-1621**
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1021**     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collecting for Kelley Moore Paint - for notice prupose**

---

**4.2 30**

**Gold Bar Builders, LLS**
Nonpriority Creditor's Name
**14489 Summers Lane**
**Sonora, CA 95370**
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2 31 | **Goldberg & Ibarra** | Last 4 digits of account number _____ _____ | | $0.00 |

Nonpriority Creditor's Name
**David Ibarra**
**925 N Street, Suite 130**
**Fresno, CA 93721**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Plaintiff Crisanto Renteria - for notice purposes**

---

| 4.2 32 | **Golden State Lumber** | Last 4 digits of account number _____ _____ | | $13,658.42 |

Nonpriority Creditor's Name
**3610 Copperhill Lane**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
☐ No
■ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff in lawsuit titled Golden State Lumber, Inc. v. Salvador Chiaramonte and Chiaramonte Construction & Plumbing**

---

| 4.2 33 | **Golden State Lumber** | Last 4 digits of account number _____ _____ | | $0.00 |

Nonpriority Creditor's Name
**Marc D. Coopersmith**
**3610 Copperhill Lane**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorney for Golden State Lumber - for notice purposes**

---

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.2 34 | **Golden State Lumber** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**855 Lakeville Street**
**Petaluma, CA 94952**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Addtitional address**

| | | | |
|---|---|---|---|
| 4.2 35 | **Green Box Rentals Inc.** | Last 4 digits of account number _____ | **$38.04** |

Nonpriority Creditor's Name
**6988 Ave. 304**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt**

| | | | |
|---|---|---|---|
| 4.2 36 | **Greg & Joy Gomon** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**723 Jean Marie Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number *(if known)* _____

---

| 4.2 37 | **Greg & Joy Gomon** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 9**
**Cloverdale, CA 95425**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

| 4.2 38 | **Greggory Gutierrez** | | **Last 4 digits of account number** _____ | | **$0.00** |

Nonpriority Creditor's Name
**Marie Gutierrez**
**Darlene Gutierrez**
**16554 Ave. 168**
**Tulare, CA 93274**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **For notice purposes**

---

| 4.2 39 | **Gregoria Mendivil** | | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**1376 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**      Case number *(if known)* _____

---

| 4.2 40 | **Gubler & Abbott** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Brett T. Abbott**
**1110 N. Chinowth Street**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorneys for Dunn's Sand, Inc. - for notice purposes**

---

| 4.2 41 | **Gutter Experts** | Last 4 digits of account number _____ | **$2,953.00** |

Nonpriority Creditor's Name
**8160 Cottonmill Circle**
**Sacramento, CA 95828**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 42 | **Hardcastle Specialties, Inc.** | Last 4 digits of account number _____ | **$53,244.37** |

Nonpriority Creditor's Name
**P.O. Box 42470**
**Bakersfield, CA 93384**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 43**

**Hardcastle Specialties, Inc.**
Nonpriority Creditor's Name
**5511 Woodmere Drive**
**Bakersfield, CA 93313**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

**$0.00**

---

**4.2 44**

**Hardcastle Specialties, Inc.**
Nonpriority Creditor's Name
**4300 Stine Road, Suite 302**
**Bakersfield, CA 93313**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

**$0.00**

---

**4.2 45**

**Harmony Farm Supply**
Nonpriority Creditor's Name
**1175 River Rd. Fulton, CA. 95439**
**Fulton, CA 95439**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt**

**$627.59**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number *(if known)* _____

| 4.2 46 | **Harmony Farm Supply** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3244 Gravenstein Hwy N**
**Sebastopol, CA 95472**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Additional address**

---

| 4.2 47 | **Harmony Farm Supply** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 460**
**Graton, CA 95444**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Additional address**

---

| 4.2 48 | **Harold Babcock** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**21981 Ave 245**
**Lindsay, CA 93247**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1    Salvador Louis Chiaramonte
Debtor 2    Pamela Marie Chiaramonte

Case number (if known) _____

| 4.2 49 | **Hatcher & Rundel** | | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**William W. Hatcher Jr.**
**114 Pierce Street**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorney for Pace Supply Corp. - For notice purposes**

---

| 4.2 50 | **HD Supply-Whitecap** | | | | $6,998.96 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6040**
**Cypress, CA 90630-0040**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt**

---

| 4.2 51 | **HD Supply-Whitecap** | | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**501 West Church Street**
**Orlando, FL 32805**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional address**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2 52 | | |
|---|---|---|

**Healdsburg Lumber Co.**
Nonpriority Creditor's Name
**A Division of HLC Incorporated**
**359 Hudson Street**
**Healdsburg, CA 95448**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$33,800.11**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt**

---

| 4.2 53 | | |
|---|---|---|

**HERC Rentals**
Nonpriority Creditor's Name
**P.O. Box 936257**
**Atlanta, GA 31193**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$17,063.46**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt**

---

| 4.2 54 | | |
|---|---|---|

**HERC Rentals**
Nonpriority Creditor's Name
**27500 Riverview Center Blvd , #100**
**FL 34314**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2
55**

**Heriberto Reyes & Veronica Silva**
Nonpriority Creditor's Name
**1485 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2
56**

**Hillman Building Designers**
Nonpriority Creditor's Name
**34583 Highway 190**
**Springville, CA 93265**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$1,077.32**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

**4.2
57**

**Home Depot**
Nonpriority Creditor's Name
**PO Box 790328**
**Saint Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7001**   **$7,700.45**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card/Corporate debt**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 58**

**Home Depot**
Nonpriority Creditor's Name
**PO Box 78011**
**Phoenix, AZ 85062-8011**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **7001**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

**4.2 59**

**Huggy Bear's Cupboards**
Nonpriority Creditor's Name
**2731 N. Hayden Island Drive**
**Portland, OR 97217**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$225.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 60**

**Hugh & Gail Boyle**
Nonpriority Creditor's Name
**1917 Pyramid Avenue**
**Tulare, CA 93274**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number *(if known)*

| 4.2 61 | **Hugh & Gail Boyle** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**1761 W. Monticeto Way**
**San Diego, CA 92103**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.2 62 | **Hughes Net** | Last 4 digits of account number   6378 | $445.00 |

Nonpriority Creditor's Name
**11717 Exploration Lane**
**Germantown, MD 20876**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

| 4.2 63 | **Humana Insurance Co** | Last 4 digits of account number | $435.20 |

Nonpriority Creditor's Name
**P.O. Box 3024**
**Milwaukee, WI 53201-3024**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2<br>64 | **Hybarr, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Hyrum Barlow**
**PO Box 268**
**Enterprise, UT 84725**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.2<br>65 | **Implantable Provider Group, Inc. dba** | | $2,066.99 |
|---|---|---|---|

Nonpriority Creditor's Name

**Integrated Surgical Solutions**
**2300 Lakeview Parkway, Suite 500**
**Alpharetta, GA 30009**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2<br>66 | **Incorporate.com** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**251 Little Falls Drive**
**Wilmington, DE 19808**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   1619     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **for notice purposes**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number *(if known)* _____

---

**4.2 67**

**Jacqueline Egbert**
Nonpriority Creditor's Name
**4595 Lambert Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 68**

**James & Mary Donovan**
Nonpriority Creditor's Name
**179 Dorchester Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 69**

**James & Mary Donovan**
Nonpriority Creditor's Name
**1005 Ventana Drive**
**Windsor, CA 95492**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Additional address

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 70**

**Jamie & Mollie Prosser**
Nonpriority Creditor's Name
**4650 Aptos Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 71**

**Jamie & Mollie Prosser**
Nonpriority Creditor's Name
**2476 Copperfield Court**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address** _____

---

**4.2 72**

**Janet Fauerso**
Nonpriority Creditor's Name
**1830 Bella Vista Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974        Filed: 11/27/2019 2:23:15 PM        Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

_____        Case number (if known) _____

| 4.2 73 | **Janet Fauerso** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 491**
**Penngrove, CA 94951**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a  community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional address**

---

| 4.2 74 | **Jared & Braina Consani** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1968 Camino Del Prado**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a  community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 75 | **Jared & Braina Consani** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**414 Emily Rose Circle**
**Windsor, CA 95492**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a  community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional Address**

---

Official Form 106 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page  96 of 199

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2
76**

**Javier & Diane Aceves**
Nonpriority Creditor's Name
**4548 Brighton Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2
77**

**Javier & Diane Aceves**
Nonpriority Creditor's Name
**1007 West College Ave# 278**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

**4.2
78**

**JB Construction**
Nonpriority Creditor's Name
**St. Marys Rectory and Church**
**1714 E. 11th Avenue**
**Delano, CA 93215**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 79**

**Jeanne Miskel**
Nonpriority Creditor's Name
**1816 Palisades Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 80**

**Jeanne Miskel**
Nonpriority Creditor's Name
**1585 Terrace Way #240**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional Address**

---

**4.2 81**

**Jeff & Kimberly Collaso**
Nonpriority Creditor's Name
**2025 Stagecoach Road**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known)

---

| 4.2 82 | **Jeff & Kimberly Collaso** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1057 College Ave.**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Additional Address**

---

| 4.2 83 | **Jeffrey and JoAnn Anderson** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4771 Tarton Dr.**
**Santa Rosa, CA 95405**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☐ No

■ Yes

■ Other. Specify   **Plaintiffs in lawsuit titled Jeffrey & JoAnn Anderson v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

| 4.2 84 | **Jeffrey and JoAnn Anderson** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**3190 Dry Creek Rd**
**Healdsburg, CA 95448**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☐ No
■ Yes

■ Other. Specify   **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 85**

| | |
|---|---|
| **Jeffrey and JoAnn Anderson** | Last 4 digits of account number _____     **$0.00** |
| Nonpriority Creditor's Name | |
| **1721 Kerry Ln** | When was the debt incurred? _____ |
| **Santa Rosa, CA 95403** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ■ Check if this claim is for a community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ No | ■ Other. Specify __**Additional address**__ |
| ■ Yes | |

---

**4.2 86**

| | |
|---|---|
| **Jennifer Langer** | Last 4 digits of account number _____     **Unknown** |
| Nonpriority Creditor's Name | |
| **3761 Mocha Lane** | When was the debt incurred? _____ |
| **Santa Rosa, CA 95403** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ■ Check if this claim is for a community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify _____ |
| ☐ Yes | |

---

**4.2 87**

| | |
|---|---|
| **Jennifer Langer** | Last 4 digits of account number _____     **Unknown** |
| Nonpriority Creditor's Name | |
| **P.O. Box 1096** | When was the debt incurred? _____ |
| **Rohnert Park, CA 94927** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ■ Check if this claim is for a community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify __**Additional Address**__ |
| ☐ Yes | |

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2 88 | **Jerami Brazell Construction** | | **$42,330.83** |
|---|---|---|---|

Nonpriority Creditor's Name
**110 Frances Way**
**Pismo Beach, CA 93449**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 89 | **Jerry Jacobsma** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1009 E. Myrtle Ave.**
**Visalia, CA 93292**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 90 | **Jesse & Jenny Marquez** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1333 Cashew Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2 91 | **Jesse & Jenny Marquez** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1767 Waltzer Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
■ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Additional address**

---

| 4.2 92 | **Jessica Deprimo** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Matthew Perazzo**
**1715 Blake Place**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
■ Unliquidated
■ Debtor 1 and Debtor 2 only
■ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes
■ Other. Specify   **Plaintiffs in lawsuit titled Jessica Deprimo & Matthew Perazzo v. Chiaramonte Construction**

---

| 4.2 93 | **Jessica Deprimo** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Matthew Perazzo**
**1354 Range Ave #203**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
■ Unliquidated
■ Debtor 1 and Debtor 2 only
■ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes
■ Other. Specify   **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.2 94 | **Jesusa Darrera** |
|---|---|

Nonpriority Creditor's Name
**1546 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 95 | **Jiechi Wei & Xiulian Luo** |
|---|---|

Nonpriority Creditor's Name
**658 Marquette Street**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 96 | **John & Angela Ghigliazza** |
|---|---|

Nonpriority Creditor's Name
**5170 Wikiup Bridge Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.2 97**

**John & Angela Ghigliazza**
Nonpriority Creditor's Name
**PO Box 6656**
**Santa Rosa, CA 95406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address** _____

---

**4.2 98**

**John & Debbie Lander**
Nonpriority Creditor's Name
**3640 Perk Place**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2 99**

**John & Debbie Lander**
Nonpriority Creditor's Name
**2335 Moonllight Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address** _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                      Case number (if known) _____

---

| 4.3 00 | | |
|---|---|---|

**John & Judy Lawler**
Nonpriority Creditor's Name
**990 Wright Street**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.3 01 | | |
|---|---|---|

**John & Judy Lawler**
Nonpriority Creditor's Name
**550 Jean Marie Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Additional address**

---

| 4.3 02 | | |
|---|---|---|

**John & Nancy Kuhn**
Nonpriority Creditor's Name
**188 Wembley Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                    Case number (if known) _____

| 4.3 03 | | |
|---|---|---|

**John & Nancy Kuhn**
Nonpriority Creditor's Name
**575 La Verne Ave**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional address** _____

---

| 4.3 04 | | |
|---|---|---|

**John Reinecke**
Nonpriority Creditor's Name
**1425 Starview Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 05 | | |
|---|---|---|

**John Reinecke**
Nonpriority Creditor's Name
**12100 Fiori Lane**
**Sebastopol, CA 95472**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional address** _____

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.3 06 | **Jonathan Neil & Associates, Inc.** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** |

Nonpriority Creditor's Name
**Commercial Collections**
**18321 Ventura Blvd., Ste. 1000**
**Tarzana, CA 91356**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only (filled)
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt** (filled)

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify (filled)    **Collection agency for Recology Sonoma Marin - for notice purposes**

| 4.3 07 | **Jorge Leal & Jasmin Raya** | Last 4 digits of account number ____ ____ ____ ____ | **Unknown** |

Nonpriority Creditor's Name
**1566 Steven Avenue**
**Farmersville, CA 93223**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only (filled)
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt** (filled)

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed (filled)

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify (filled) _____

| 4.3 08 | **Jorgensen Co.** | Last 4 digits of account number ____ ____ ____ ____ | **$50.00** |

Nonpriority Creditor's Name
**2021 East Main St.**
**Visalia, CA 93292**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only (filled)
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify (filled) _____

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                Case number (if known) _____

| 4.3 09 | | |
|---|---|---|

**Jorgensen Co.** _____    Last 4 digits of account number _____    $0.00
Nonpriority Creditor's Name
**PO Box 39865**                    When was the debt incurred? _____
**San Francisco, CA 94139**
Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community   ☐ Student loans
debt                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?      report as priority claims
■ No                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                ■ Other. Specify  **Additional address**

| 4.3 10 | | |
|---|---|---|

**Jorgensen Co.** _____    Last 4 digits of account number _____    $0.00
Nonpriority Creditor's Name
**3467 Foundry Park Ave**            When was the debt incurred? _____
**Fresno, CA 93706**
Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community   ☐ Student loans
debt                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?      report as priority claims
■ No                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                ■ Other. Specify  **Additional address**

| 4.3 11 | | |
|---|---|---|

**Jose & Hilda Magallanes** _____    Last 4 digits of account number _____    Unknown
Nonpriority Creditor's Name
**1404 Starview Court**              When was the debt incurred? _____
**Santa Rosa, CA 95403**
Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only         ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community   ☐ Student loans
debt                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?      report as priority claims
■ No                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                ■ Other. Specify _____

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 12 | **Jose & Hilda Magallanes** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 8201**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional Address**

---

| 4.3 13 | **Jose Sanchez & Ester Rivas** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4653 Paulette Place**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 14 | **Jose Sanchez & Ester Rivas** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**242 Cambria Way**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

---

Debtor 1  Salvador Louis Chiaramonte
Debtor 2  Pamela Marie Chiaramonte                    Case number (if known) _____

| 4.3 15 | Jose Vela | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**1606 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.3 16 | Joseph & Mary Ann Beltramini | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**22 Chelsea Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.3 17 | Joseph & Mary Ann Beltramini | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**981 Quarry Street**
**Petaluma, CA 94954**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 18 | | | |
|---|---|---|---|

**Juan & Maggie Pulido**
Nonpriority Creditor's Name
**3845 Crestview Dr**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 19 | | | |
|---|---|---|---|

**Juan & Maggie Pulido**
Nonpriority Creditor's Name
**3912 Douglas Dr**
**Santa Rosa, CA 95405**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.3 20 | | | |
|---|---|---|---|

**Juan & Silveria Pulido**
Nonpriority Creditor's Name
**3845 Crestview Dr**
**Santa Rosa, CA 95405**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Plaintiff's in lawsuit titled Juan & Silveria Pulido v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

Debtor 1 **Salvador Louis Chiaramonte**

Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 21 | **Juan & Silveria Pulido** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**3912 Douglas Dr**

**Santa Rosa, CA 95405**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Additional address**

---

| 4.3 22 | **Juan Flores & Elizabeth Chavez** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**1365 Mathew Avenue**

**Farmersville, CA 93223**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 23 | **Juan Solis** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**1455 Ventura Avenue**

**Farmersville, CA 93223**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1 **Salvador Louis Chiaramonte**

Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.3 24**

**Juis Lopez**
Nonpriority Creditor's Name

**1355 Ventura Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.3 25**

**Justified Credit Solutions, Inc.**
Nonpriority Creditor's Name

**13825 US Highway 19, Suite 309**
**Hudson, FL 34667**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection agency for Friedman's Home Improvement - for notice purposes**

---

**4.3 26**

**Justin Manns**
Nonpriority Creditor's Name

**2057 Stagecoach Rd-Lot 22**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.3 27**

**Karelin Sammann**
Nonpriority Creditor's Name
**32859 Success Valley Drive**
**Porterville, CA 93257**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 28**

**Kathy Johnson**
Nonpriority Creditor's Name
**PO Box 2628**
**Rancho Santa Fe, CA 92067**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 29**

**Katrina & Danny Lassen**
Nonpriority Creditor's Name
**2348 Tedeschi Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Filed 11/27/19    Case 19-14974    Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 30 | **Katrina & Danny Lassen** |
|---|---|

Nonpriority Creditor's Name
**4539 Brighton Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Additional address**

---

| 4.3 31 | **Kaweah Delta** |
|---|---|

Nonpriority Creditor's Name
**400 W. Mineral King**
**Visalia, CA 93291**
Number Street City State Zip Code

Last 4 digits of account number  **4566**    **$187.68**

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.3 32 | **Kelly-Moore Paint Company, Inc.** |
|---|---|

Nonpriority Creditor's Name
**P.O. Box 59724**
**Los Angeles, CA 90074**
Number Street City State Zip Code

Last 4 digits of account number _____    **$10,689.41**

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                              Case number (if known) _____

---

| 4.3 33 | **Kelly-Moore Paint Company, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5101 Raley Blvd**
**Sacramento, CA 95838**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.3 34 | **Ken & Karen Clark** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**39 Oxford Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 35 | **Ken & Theresa Hayworth** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**744 Pony Drive**
**Hanford, CA 93230**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**        Case number (if known) _____

---

**4.3 36**

**Kevin Johnson**
Nonpriority Creditor's Name
**3667 Hemlock Streeet**
**Windsor, CA 95492**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.3 37**

**Kohls**
Nonpriority Creditor's Name
**PO Box 30510**
**Los Angeles, CA 90030**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **9213**_____        **$819.46**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit Card**_____

---

**4.3 38**

**Konrad Vanderham**
Nonpriority Creditor's Name
**31478 Road 132**
**Visalia, CA 93291**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Case Number: 2019-14974          Filed: 11/27/2019 2:23:15 PM          Doc # 1

| Debtor 1 | **Salvador Louis Chiaramonte** |
| Debtor 2 | **Pamela Marie Chiaramonte** |

Case number (if known) _____

---

| 4.3 39 | **Lanak & Hanna, PC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Natasha K. Buchanan**
**625 The City Drive S #190**
**Orange, CA 92868**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for American Contractors Indemnity Company  - for notice purposes**

---

| 4.3 40 | **Lang, Richert & Patch** | Last 4 digits of account number _____ | **$38,477.99** |

Nonpriority Creditor's Name
**Mark L. Creede**
**5200 N Palm Ave**
**Fresno, CA 93704**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 41 | **Larry Schalich Construction** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4346 Mt. Taylor Drive**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

ready

Case Number: 2019-14974
Filed 11/27/19
Case 1-9-14974
Filed: 11/27/2019 2:23:15 PM
Doc # 1
Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| | | |
|---|---|---|
| **4.3**<br>**45** | **Lauren Pique Designs** | Last 4 digits of account number _____ $65,833.05 |

Nonpriority Creditor's Name
**285 Carson Ct.**
**Napa, CA 95476**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | | |
|---|---|---|
| **4.3**<br>**46** | **Law Office of Jorge J. Jaramillo** | Last 4 digits of account number _____ $0.00 |

Nonpriority Creditor's Name
**4670 Nebo Drive, Suite 200**
**La Mesa, CA 91941**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Greggory Gutierrez - for notice purposes**

| | | |
|---|---|---|
| **4.3**<br>**47** | **Law Offices of Kathy L Wallace** | Last 4 digits of account number _____ $0.00 |

Nonpriority Creditor's Name
**Kathy L. Wallace**
**2311 E. Tulare Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Coulter's Flooring America aka Coulter's Interiors Inc. - for notice purposes**

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.3 48 | **Law Offices of Michael I. Wayne, APC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Michael I. Wayne
149 So. Barrington Ave., No. 143
Los Angeles, CA 90049
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for Ferguson Enterprises, Inc. - for notice purposes**

| 4.3 49 | **Law Offices of Michael S. Townsend** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Michael S. Townsend
3952 D. Clairemont Mesa Blvd., Suite 456
San Diego, CA 92117
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for Probuild Company, LLC dba Dixieline Lumber Co.**

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 50 | | |
|---|---|---|

**Law Offices of Richard Freeman**
Nonpriority Creditor's Name

**Richard Freeman**
**703 Second Street, Suite 350**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Robert Richner & Colette Lucchetti; Andy & Kimberly Guy; Jeffrey & JoAnne Anderson; Mark Anderson & Diane Moore; Robert Pintane; Ron Marsh; Eric Edenfeild; Cody and Monique Walker; Mike and Karen Allen- for notice purposes**

---

| 4.3 51 | | |
|---|---|---|

**Legal Aid of Sonoma County**
Nonpriority Creditor's Name

**Clifford M. Cockerill**
**144 SE St Ste 100**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Jessica Deprimo & Matthew Perazzo - For notice purposes.**

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.3 52 | **Leonora Grimando** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**5472 Dana Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 53 | **Leonora Grimando** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**9465 Vinecrest Rd**
**Windsor, CA 95492**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional Address**

---

| 4.3 54 | **Les & Debbie Philpott** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**64 Oxford Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 55 | | | |

**Les & Debbie Philpott**
Nonpriority Creditor's Name
**304 Oak Tree Drive**
**Santa Rosa, CA 95401**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

**Unknown**

---

| 4.3 56 | | | |

**Liberty Mutual Insurance**
Nonpriority Creditor's Name
**P.O. Box 3200**
**New York, NY 10116-3200**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**$568.30**

---

| 4.3 57 | | | |

**Liberty Mutual Insurance**
Nonpriority Creditor's Name
**PO Box 85830**
**San Diego, CA 92186**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

**$0.00**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 58 | | |
|---|---|---|
| **Lionsgate Construction** | Last 4 digits of account number _____ | $56,482.46 |

Nonpriority Creditor's Name
**2327 N. Thompson Ave.**
**Reedley, CA 93654**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 59 | | |
|---|---|---|
| **Lourdes Contreras** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**1465 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 60 | | |
|---|---|---|
| **Lowes** | Last 4 digits of account number _____ | $1,910.88 |

Nonpriority Creditor's Name
**P.O. Box 530914**
**Atlanta, GA 30353**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 61 | **Lowes/Synchrony Bank** | Last 4 digits of account number _____ _____ | $58.93 |

Nonpriority Creditor's Name
P.O. Box 530914
Atlanta, GA 30353-0914
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 62 | **Lowes/Synchrony Bank** | Last 4 digits of account number _____ _____ | $0.00 |

Nonpriority Creditor's Name
PO Box 965004
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.3 63 | **Luariano Garcia & Luz Garcia** | Last 4 digits of account number _____ _____ | Unknown |

Nonpriority Creditor's Name
1525 Mathew Avenue
Farmersville, CA 93223
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| | |
|---|---|
| **4.3 64** | |

**Lynda J Power**
Nonpriority Creditor's Name
**3634 Aaron Dr**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | |
|---|---|
| **4.3 65** | |

**Lynda J Power**
Nonpriority Creditor's Name
**15431 Riverside Dr**
**Guerneville, CA 95446**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional Address**

---

| | |
|---|---|
| **4.3 66** | |

**Lynette Kronick**
Nonpriority Creditor's Name
**5100 Lavender Lane**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                           Case number (if known)  _____

| 4.3 67 | **Lynette Kronick** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**365 Gazarnia Ct**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.3 68 | **Madrid's Team Realty** | Last 4 digits of account number _____ | $206,474.26 |

Nonpriority Creditor's Name
**120 North M St.**
**Tulare, CA 93274**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| 4.3 69 | **Mahoney Davidson Co.** | Last 4 digits of account number _____ | $1,804.00 |

Nonpriority Creditor's Name
**628 E Washington St., #C**
**Petaluma, CA 94952**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Case Number: 2019-14974    Filed 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                      Case number (if known) _____

| | | |
|---|---|---|
| 4.3 70 | **Main Star General Contractors Inc.** | $35,124.30 |

Nonpriority Creditor's Name    Last 4 digits of account number _____

**33033 Manzanita Rd.**
**Ivanhoe, CA 93235**    When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☑ Check if this claim is for a community    ☐ Student loans
debt
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☑ Other. Specify _____

| | | |
|---|---|---|
| 4.3 71 | **Manuel Cazares Sanchez** | Unknown |

Nonpriority Creditor's Name    Last 4 digits of account number _____

**1405 Mathew Avenue**
**Farmersville, CA 93223**    When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only    ☑ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☑ Check if this claim is for a community    ☐ Student loans
debt
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☑ Other. Specify _____

| | | |
|---|---|---|
| 4.3 72 | **Manzanita Gardens, Inc.** | Unknown |

Nonpriority Creditor's Name    Last 4 digits of account number _____

**537 Ramona Blvd.**
**San Jacinto, CA 92583**    When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only    ☑ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☑ Check if this claim is for a community    ☐ Student loans
debt
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☑ Other. Specify _____

Case Number: 2019-14974 Case 19-14974 Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.3 73**

**Marcial Franco**
Nonpriority Creditor's Name
**1526 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    Unknown
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 74**

**Marco Antonio Jacobo**
Nonpriority Creditor's Name
**1425 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    Unknown
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 75**

**Marco Guadalupe Torres Lopez**
Nonpriority Creditor's Name
**1496 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    Unknown
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.3 76**

**Margarita Garcia**
Nonpriority Creditor's Name
**1555 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 77**

**Maria & Homobono Gomez**
Nonpriority Creditor's Name
**3722 Hillary Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 78**

**Maria & Homobono Gomez**
Nonpriority Creditor's Name
**PO Box 368**
**2312 Fairbanks Dr**
**Santa Rosa, CA 95402-0368**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3 79 | **Maria C. Benavides** |
|---|---|

Nonpriority Creditor's Name
**217 Pacific Heights Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 80 | **Maria C. Benavides** |
|---|---|

Nonpriority Creditor's Name
**229 East St #A**
**Healdsburg, CA 95448**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional address**

---

| 4.3 81 | **Maria Del Carmen Hernandez** |
|---|---|

Nonpriority Creditor's Name
**1535 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.3<br>82 | |
|---|---|

**Maria T. Lemus**
Nonpriority Creditor's Name
**1495 Venura Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3<br>83 | |
|---|---|

**Maricela Sanchez & Jesus Lorenzana**
Nonpriority Creditor's Name
**441 Markwest Spring Rd**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3<br>84 | |
|---|---|

**Maricela Sanchez & Jesus Lorenzana**
Nonpriority Creditor's Name
**1217 Lombardi Lane**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.3 85**

**Mario & Susan Lage**
Nonpriority Creditor's Name
**4661 Paulette Place**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 86**

**Mario & Susan Lage**
Nonpriority Creditor's Name
**1050 Goodwin Ave**
**Penngrove, CA 94951**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional Address**

---

**4.3 87**

**Mark Anderson**
Nonpriority Creditor's Name
**Diane Moore**
**116 Pacific Heights Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiffs in lawsuit titled Mark Anderson & Diane Moore v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.3 88 | **Mark Anderson** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
Diane Moore
2318 Brookwood AVe.
Santa Rosa, CA 95404
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**  _____

| 4.3 89 | **Mark Anderson** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
Diane Moore
684 Wikiup Drive
Santa Rosa, CA 95403
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**  _____

| 4.3 90 | **Markel Construction, Inc.** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
8662 12th Street
Hanford, CA 93230
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number *(if known)* _____

---

**4.3 91**

**Marshall C. Sanders**
Nonpriority Creditor's Name
**Attorney at Law**
**PO Box 468**
**Van Nuys, CA 91408**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

Last 4 digits of account number _____   $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for Healdsburg Lumber Co. - for notice purposes**

---

**4.3 92**

**Marthell Vazquez Suarez**
Nonpriority Creditor's Name
**1424 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.3 93**

**Martin Gonzalez**
Nonpriority Creditor's Name
**1444 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                    Case number (if known) _____

---

| 4.3 94 | | |
|---|---|---|

**Marybeth Adkins**
Nonpriority Creditor's Name
**1686 Waring Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 95 | | |
|---|---|---|

**Marybeth Adkins**
Nonpriority Creditor's Name
**PO Box 3861**
**San Rafael, CA 94912**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional Address**

---

| 4.3 96 | | |
|---|---|---|

**Matt & Angela Etimos**
Nonpriority Creditor's Name
**4556 Brighton Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**

Debtor 2   **Pamela Marie Chiaramonte**

Case number *(if known)* _____

---

**4.3 97**

**Matt & Angela Etimos**

Nonpriority Creditor's Name

**434 Manka Circle**

**Santa Rosa, CA 95403**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     _____ **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional address**

---

**4.3 98**

**Matt & Jennifer Shubin**

Nonpriority Creditor's Name

**4668 Los Gatos Court**

**Santa Rosa, CA 95403**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     _____ **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.3 99**

**Matt & Jennifer Shubin**

Nonpriority Creditor's Name

**463 Quince Street**

**Windsor, CA 95492**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     _____ **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional address**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                                      Case number (if known) _____

| 4.4 00 | **Matt and Jessica Perazzo** | Last 4 digits of account number _____ | Unknown |

**Matt and Jessica Perazzo**
Nonpriority Creditor's Name
**1715 Blake Place**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

| 4.4 01 | **Matt and Jessica Perazzo** |

**Matt and Jessica Perazzo**
Nonpriority Creditor's Name
**1354 Range Ave #203**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Additional address**

---

| 4.4 02 | **Maymie M. Cain Trust** |

**Maymie M. Cain Trust**
Nonpriority Creditor's Name
**135 Oaks St**
**Tulare, CA 93274**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **for notice purpose**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.4 03**

**McCarthy Burgess & Wolff**
Nonpriority Creditor's Name
**The MB+W Building**
**26000 Cannon Road**
**Bedford, OH 44146**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    7539       Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Sprint Acct#9409 - for notice purpose**

---

**4.4 04**

**McCarthy, Burgess & Wolff**
Nonpriority Creditor's Name
**A Compnay Devoted to Collections**
**26000 Cannon Road**
**Bedford, OH 44146**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number       $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection agency for United Rentals - for notice purpsoses**

---

**4.4 05**

**Melinda Bachman**
Nonpriority Creditor's Name
**3747 Skyview Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number       Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 09 | **Michael Harnett** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1305 Crestview Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 10 | **Michael Harnett** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**889 Natalie Dr**
**Windsor, CA 95492-8841**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

| 4.4 11 | **Michael Matson** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**4880 1st Street**
**Hanford, CA 93230**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **for noitce purpose**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 12 | | |
|---|---|---|

**Mike & Karen Allen**
Nonpriority Creditor's Name
**1303 Cashew Road**
**Santa Rosa, CA 95405**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Cross-complaintants in lawsuit titled Mike & Karen Allen v Chiaramonte Construction, Inc.**

---

| 4.4 13 | | |
|---|---|---|

**Mike & Karen Allen**
Nonpriority Creditor's Name
**P.O. Box 2260**
**Windsor, CA 95492**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.4 14 | | |
|---|---|---|

**Mike & Terri O'Donnell**
Nonpriority Creditor's Name
**1716 Hopper Ave**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 15 | **Mike & Terri O'Donnell** | Last 4 digits of account number _____ | | Unknown |

**Mike & Terri O'Donnell**
Nonpriority Creditor's Name
**220 Regency Court**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Additional Address**

---

**Mike Nealon**
Nonpriority Creditor's Name
**4645 Aptos Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

4.4 16

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**Mission Linen Supply**
Nonpriority Creditor's Name
**520 E. Mineral King Ave.**
**Visalia, CA 93292-6921**
Number Street City State Zip Code

4.4 17

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        $739.32

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1   

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 18 | |
|---|---|

**Monica Ayguipa**
Nonpriority Creditor's Name
**1971 Pine Meadow Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.4 19 | |
|---|---|

**Monica Ayguipa**
Nonpriority Creditor's Name
**2058 Red Oak Circle**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Additional Address**

---

| 4.4 20 | |
|---|---|

**Motel 6 / Studio 6/G6 Hospatality**
Nonpriority Creditor's Name
**P.O. Box 846175**
**Dallas, TX 75284-6175**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$331.02**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

Case Number: 2019-14974        Filed: 11/27/2019 2:23:15 PM        Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**

Debtor 2  **Pamela Marie Chiaramonte**        Case number (if known) _____

---

| 4.4 21 | | |
|---|---|---|

**Nancy Hunt**
Nonpriority Creditor's Name
**1887 E. Walnut Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.4 22 | | |
|---|---|---|

**National Builders Supply Inc.**
Nonpriority Creditor's Name
**819 W. Visalia Rd.**
**Farmersville, CA 93223**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$53,397.98**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 23 | | |
|---|---|---|

**New Era Farm Service**
Nonpriority Creditor's Name
**2904 E. Oakdale Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$326.71**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 |
|-----|
| 24  |

**Nick & Alyssa Belliveau**
Nonpriority Creditor's Name
**1298 Tuliptree Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Unknown**

---

| 4.4 |
|-----|
| 25  |

**Nick & Alyssa Belliveau**
Nonpriority Creditor's Name
**814 Litchfield Ave**
**Sebastopol, CA 95472**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional Address**

**Unknown**

---

| 4.4 |
|-----|
| 26  |

**North Bay Petroleum/Redwood Coast Fuels**
Nonpriority Creditor's Name
**P.O. Box 398108**
**San Francisco, CA 94139-8108**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**$1,613.77**

---

Debtor 1    **Salvador Louis Chiaramonte**

Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 27 | **North Coast Builders Exchange** | Last 4 digits of account number _____ | $35.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 8070 1030 Apollo Way**
**Santa Rosa, CA 95407**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.4 28 | **Northgate Company, Inc.** | Last 4 digits of account number _____ | $650.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5835 Labath Ave., Ste. "B"**
**Rohnert Park, CA 94928**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.4 29 | **Northgate Ready Mix** | Last 4 digits of account number _____ | $18,963.54 |
|---|---|---|---|

Nonpriority Creditor's Name

**5922 Pruitt Ave.**
**Windsor, CA 95492**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 30 | **O'Reilly Auto Parts** | | Last 4 digits of account number _____ | | $186.13 |

Nonpriority Creditor's Name
P.O. Box 9464
Springfield, MO 65801-9464
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 31 | **Ortiz Tires Mobile Tire Repair Service** | | Last 4 digits of account number _____ | | $275.00 |

Nonpriority Creditor's Name
P.O. Box 285
Fulton, CA 95439
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 32 | **Osmun Construction** | | Last 4 digits of account number _____ | | $324,846.54 |

Nonpriority Creditor's Name
7430 Redwood Blvd., Ste. A
Novato, CA 94945
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Plaintiff in lawsuit titled Osmun Construction, Inc. v. Chiaramonte Construction & Plumbing, Inc.**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1    Doc 1

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**                    Case number (if known) _____

| 4.4 33 | **Owdom Law Firm** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**632 W. Oak Ave.**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorneys for Acme Granite - for notice purposes**

---

| 4.4 34 | **Pace Supply** | Last 4 digits of account number  5027 | Unknown |

Nonpriority Creditor's Name
**PO Box 6407**
**Rohnert Park, CA 94927**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **for notice purpose**

---

| 4.4 35 | **Pacific Coast Supply, LLC.** | Last 4 digits of account number _____ | $7,398.05 |

Nonpriority Creditor's Name
**30158 Rd. 65**
**Visalia, CA 93291-9586**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.4 36**

**Pacific Coast Supply, LLC.** $0.00
Nonpriority Creditor's Name
**4290 Roseville Road**
**North Highlands, CA 95660**
Number Street City State Zip Code

Last 4 digits of account number _____
When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional address**

---

**4.4 37**

**Pacific Employers, Inc.** $680.00
Nonpriority Creditor's Name
**306 N. Willis St.**
**Visalia, CA 93291**
Number Street City State Zip Code

Last 4 digits of account number _____
When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 38**

**Pacific Gas and Electric** $3,125.13
Nonpriority Creditor's Name
**3754 E. California Ave.**
**Fresno, CA 93725**
Number Street City State Zip Code

Last 4 digits of account number _____
When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Official Form 106 E/F   Schedule E/F: Creditors Who Have Unsecured Claims
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                      Case number (if known) _____

| 4.4 39 | **Pacific Gas and Electric** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 997300**
**Sacramento, CA 95899**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address** _____

---

| 4.4 40 | **Palm Occupational Medicine** | | Last 4 digits of account number _____ | $100.00 |

Nonpriority Creditor's Name
**1068 N. Cherry Ave.**
**Tulare, CA 93274-7256**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 41 | **Palma Villa Builders** | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**3516 E. Vassar Court**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 |
| 42 |

**Paresh & Sefaliben Patel**
Nonpriority Creditor's Name
**2061 Stagecoach Road**
**Santa Rosa, CA 95404**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 |
| 43 |

**Paresh & Sefaliben Patel**
Nonpriority Creditor's Name
**4639 Quigg Drive Apt 1223**
**Santa Rosa, CA 95409**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.4 |
| 44 |

**Penelope Klavinger**
Nonpriority Creditor's Name
**c/o John Falduto**
**Penelope D. Klavinger Trust**
**184 Wembley Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**         Case number *(if known)*

---

| 4.4 45 | **Penelope Klavinger** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**c/o John Falduto**
**Penelope D. Klavinger Trust**
**142 Leisure Park Circle**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Additional address**

---

| 4.4 46 | **Penelope Klavinger** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**c/o John Falduto**
**Penelope D. Klavinger Trust**
**1520 Sarkesian Dr**
**Petaluma, CA 94954**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Additional address**

---

| 4.4 47 | **Penn Credit Corporation** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**PO Box 69703**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection agency for California American Water - for notice purposes**

---

Debtor 1 **Salvador Louis Chiaramonte**

Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 48 | | | |
|---|---|---|---|

**Personnel Solutions Unlimited, Inc.**
Nonpriority Creditor's Name
**4148 S. Demaree St., Ste. B**
**Visalia, CA 93277**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **$62,555.59**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 49 | | | |
|---|---|---|---|

**PFS Consulting, Inc.**
Nonpriority Creditor's Name
**1750 Howe Ave. Ste. 640**
**Sacramento, CA 95825**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **$150.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 50 | | | |
|---|---|---|---|

**Pinnacle Recovery, Inc.**
Nonpriority Creditor's Name
**PO Box 130848**
**Carlsbad, CA 92013**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   6544    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collecting for Wyndham Times Shares - for notice purpose**

---

Official Form 106 E/F

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Best Case Bankruptcy

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte** _____   Case number (if known) _____

| 4.4 51 | **Poppy Bank** | Last 4 digits of account number _____ | **$2,654.16** |

Nonpriority Creditor's Name
**438 First St.**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.4 52 | **Power Plus** | Last 4 digits of account number _____ | **$924.00** |

Nonpriority Creditor's Name
**1210 N. Red Gum St.**
**Anaheim, CA 92806**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.4 53 | **Power Pole Service** | Last 4 digits of account number _____ | **$7,140.81** |

Nonpriority Creditor's Name
**4156 Santa Rosa Ave.**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Filed 11/27/19   Filed: 11/27/2019 2:23:15 PM      Doc # 1   Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 54 | **Precision Anesthesia Group** | Last 4 digits of account number _____ | $251.18 |

Nonpriority Creditor's Name
**3033 N 44th Street, Suite 200**
**Phoenix, AZ 85018**
Number City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 55 | **Premier Bath & Kitchen (PBK)** | Last 4 digits of account number _____ | $3,917.39 |

Nonpriority Creditor's Name
**P.O. BOX 6407**
**Rohnert Park, CA 94927-6407**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 56 | **Progressive Commercial** | Last 4 digits of account number _____ | $317.52 |

Nonpriority Creditor's Name
**Dept. 0561**
**Carol Stream, IL 60132-0561**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.4 57**

**Raff Law, APC**
Nonpriority Creditor's Name
**Daniel S. Raff**
**17 Keller Street**
**Petaluma, CA 94952**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Carol McHale and Erin Murphey - for notice purposes**

---

**4.4 58**

**Ramamurthy & Syamala Ati**
Nonpriority Creditor's Name
**3833 Sedgemoore Drive**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 59**

**Ramamurthy & Syamala Ati**
Nonpriority Creditor's Name
**2779 Bryant Street**
**San Francisco, CA 94110**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**      Case number *(if known)* _____

---

| 4.4 60 | **Raymond Martinelli** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**151 Ursuline Rd**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 61 | **Razzari Ford** | Last 4 digits of account number _____ | **$1,308.35** |

Nonpriority Creditor's Name
**P.O. Box 790072**
**St. Louis, MO 63179-0072**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficency balance owed.**

---

| 4.4 62 | **Recology Sonoma Marin-Clegg** | Last 4 digits of account number _____ | **$1,958.85** |

Nonpriority Creditor's Name
**P.O. Box 51216**
**Los Angeles, CA 90051-5516**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known)

---

| 4.4 63 | **Recology Sonoma Marin-Falcon** | | $166.38 |

Nonpriority Creditor's Name
**P.O. Box 51216**
**Los Angeles, CA 90051-5516**
Number City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

| 4.4 64 | **Recology Sonoma Marin-Falcon** | | $0.00 |

Nonpriority Creditor's Name
**PO Box 7349**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

| 4.4 65 | **Recology Sonoma Marin-Jobs** | | $14,737.57 |

Nonpriority Creditor's Name
**P.O. Box 51219**
**Los Angeles, CA 90051-5519**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

Case Number: 2019-14974          Filed: 11/27/2019 2:23:15 PM          Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                    Case number (if known) _____

---

| 4.4 66 | **Redwood Residential Fence** | Last 4 digits of account number _____ | $27,004.00 |

Nonpriority Creditor's Name
**4170 Santa Rosa Ave.**
**Santa Rosa, CA 95407**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.4 67 | **Reese & Associates, Inc.** | Last 4 digits of account number _____ | $21,039.00 |

Nonpriority Creditor's Name
**134 Lystra Court, Ste. C**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ No
☐ Yes

■ Other. Specify _____

---

| 4.4 68 | **Rhonda Milewski** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**867 Daphne Lane**
**Lemoore, CA 93245**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 69 | **Ricardo Vargas & Annette Carranza Villa** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1546 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 70 | **Richard M. Ortega & Jo Ann Ortega** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**2904 E. Oakdale Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **$326.71**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 71 | **Rick & Maria Barquero** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1831 Sonterra Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 72 | | |
|---|---|---|

**Rick & Maria Barquero**
Nonpriority Creditor's Name
**8864 Old Redwood Hwy**
**Cotati, CA 94931**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

Unknown

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Additional Address** _____

| 4.4 73 | | |
|---|---|---|

**Robert & Lisa Smith**
Nonpriority Creditor's Name
**4620 Aptos Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

Unknown

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.4 74 | | |
|---|---|---|

**Robert Richner**
Nonpriority Creditor's Name
**Colette Lucchetti**
**649 Jean Marie Dr**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a  community debt

Is the claim subject to offset?

☐ No

☒ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

Unknown

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Plaintiffs in lawsuit titled Robert Richner, Colette Lucchetti v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

Case Number: 2019-14974    Filed 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 75 | **Robert Richner** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Colette Lucchetti**
**5333 Kirby Pl**
**Rohnert Park, CA 94928**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
☐ No
■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.4 76 | **Robert S. Martz** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**822 W. King Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.4 77 | **Rogelio Sanchez** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1930 W. Elowin Ave.**
**Visalia, CA 93291**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
☐ No
■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Claim for wages owed from Chiaramonte Construction & Plumbing, Inc.**

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 78 | **Roman & Alejandra Maldonado** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**1475 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.4 79 | **Roman Padilla Suarez & Mayra Delgado** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**1506 Steven Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.4 80 | **Ron & Cindi Marsh** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1436 Starview Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 81 | |
|---|---|

**Ron & Cindi Marsh**
Nonpriority Creditor's Name
**1640 Humboldt St**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address** _____

---

| 4.4 82 | |
|---|---|

**Rosa Alanzo**
Nonpriority Creditor's Name
**1415 Ventura Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 83 | |
|---|---|

**Rosa Flores**
Nonpriority Creditor's Name
**1504 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 84 | | | |
|---|---|---|---|

**Rosalba Solis Mendoza & Carole Solis**
Nonpriority Creditor's Name

**1565 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.4 85 | | | |
|---|---|---|---|

**Royal Housing Development**
Nonpriority Creditor's Name

**1603 N. Redington St.**
**Hanford, CA 93230**
Number Street City State Zip Code

Last 4 digits of account number _____      **$8,195.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.4 86 | | | |
|---|---|---|---|

**Ruddy's Inc.**
Nonpriority Creditor's Name

**1411 S. Mooney Blvd.**
**Visalia, CA 93277**
Number Street City State Zip Code

Last 4 digits of account number _____      **$10,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**       Case number (if known) _____

---

| 4.4 87 | **Ruddy's Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 3299**
**Visalia, CA 93277**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional address** _____

---

| 4.4 88 | **Ryan & Dona Hirth** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2017 Stagecoach Road**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 89 | **Ryan & Dona Hirth** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**318 Spring Beauty Ct**
**Windsor, CA 95492**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional Address** _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4<br>90 | **Ryan & Donna Hirth** |
|---|---|

Nonpriority Creditor's Name
**669 Jean Marie Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.4<br>91 | **Ryan & Donna Hirth** |
|---|---|

Nonpriority Creditor's Name
**2089 Stagecoach Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Additional address**

---

| 4.4<br>92 | **Sabrina Wei** |
|---|---|

Nonpriority Creditor's Name
**537 Jean Marie Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Filed 11/27/19     Case 19-14974     Doc 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.4 93 | **Sabrina Wei** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5477 Corbett Circle**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.4 94 | **Sandman Hotel** | Last 4 digits of account number _____ | **$19,580.73** |

Nonpriority Creditor's Name
**3421 Cleveland Ave.**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 95 | **Sanitation Services, Inc.** | Last 4 digits of account number _____ | **$8,457.91** |

Nonpriority Creditor's Name
**P.O. Box 751287**
**Petaluma, CA 94975**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Case Number: 2019-14974 Filed: 11/27/2019 2:23:15 PM  Doc # 1

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.4 96**

**Santos Santiago Perez Sandoval**
Nonpriority Creditor's Name
**1515 Ventura Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number _____ **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.4 97**

**Schnell Construction**
Nonpriority Creditor's Name
**125 Inyo Ct.**
**Vacaville, CA 95687**
Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number _____ **$43,325.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.4 98**

**Sears**
Nonpriority Creditor's Name
**PO Box 6276**
**Sioux Falls, SD 57117-6276**
Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number **0949** **$1,781.29**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit card**

---

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.4 99 | | | |
|---|---|---|---|

**Sears**
Nonpriority Creditor's Name

**PO Box 78024**
**Phoenix, AZ 85062-8024**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional Address**

---

| 4.5 00 | | | |
|---|---|---|---|

**Sequium Asset Solutions, LLC**
Nonpriority Creditor's Name

**1130 North Chase Parkway #150**
**Marietta, GA 30067**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **8299**    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collecting for Comcast Business**

---

| 4.5 01 | | | |
|---|---|---|---|

**Shamrock CalMat Co dba Shamrock Material**
Nonpriority Creditor's Name

**CalMat Co. File 55572**
**Los Angeles, CA 90074-5572**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$100.11**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 02 | |
|---|---|

**Shandon Hunt**
Nonpriority Creditor's Name
**1887 E. Walnut Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
■ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff in lawsuit Shandon Hunt v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

| 4.5 03 | |
|---|---|

**Shane & Kimberly Hilkey**
Nonpriority Creditor's Name
**2046 San Miguel Ave**
**Fulton, CA 95439**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 04 | |
|---|---|

**Shane & Kimberly Hilkey**
Nonpriority Creditor's Name
**PO Box 465**
**Fulton, CA 95439**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional Address**

---

Case Number: 2019-14974     Filed: 11/27/2019 2:23:15 PM     Doc # 1    

Debtor 1    **Salvador Louis Chiaramonte**

Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5 05**

**Sherwin-Williams Co.**
Nonpriority Creditor's Name
**PO BOX 840943**
**Dallas, TX 75284-0943**
Number Street City State Zip Code
Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____     **$17,045.82**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.5 06**

**Sherwin-Williams Co.**
Nonpriority Creditor's Name
**3310 Airway Drive, #A**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Additional address**

---

**4.5 07**

**Sherwin-Williams Co.**
Nonpriority Creditor's Name
**2436 E Main Street**
**Visalia, CA 93292**
Number Street City State Zip Code
Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5 08**

**Silvano Rastelli**
Nonpriority Creditor's Name
**2009 Stagecoach Road**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.5 09**

**Silvano Rastelli**
Nonpriority Creditor's Name
**2360 Mendocino Ave St A2-334**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Additional address**

---

**4.5 10**

**Smith Dolar PC**
Nonpriority Creditor's Name
**Richard Sutherland**
**418 B Street, Fourth Floor**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Attorneys for Ted and Denise Morris - for notice purposes**

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 11 | **Snyder Construction, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**930 Shiloh Road, Bldg 40, Suite 9**
**Windsor, CA 95492**
Number Street City State Zip Code

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 12 | **Snyder Construction, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4564 Brighton Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Additional address**

---

| 4.5 13 | **Sonoma County Resource Recovery** | Last 4 digits of account number _____ | **$12,558.85** |

Nonpriority Creditor's Name
**P.O. BOX 398894**
**San Francisco, CA 94139-8894**
Number Street City State Zip Code

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Case Number: 2019-14974    Case 19-14974 Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 14 | **South Valley Concrete/Leign Hanson** | Last 4 digits of account number _____ | $13,570.73 |
|---|---|---|---|

Nonpriority Creditor's Name
**Hanson Aggregates Inc.**
**15620 Collection Center Drive**
**Chicago, IL 60693-0156**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 15 | **Southern California Edison** | Last 4 digits of account number 0731 | $547.05 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 600**
**Rosemead, CA 91771**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 16 | **SPA LAND** | Last 4 digits of account number _____ | $6,600.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**E & N BORTOLUSSI INC. dba SPA LAND**
**7950 Redwood Drive, #31**
**Cotati, CA 94931**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1  **Salvador Louis Chiaramonte**

Debtor 2  **Pamela Marie Chiaramonte**    Case number (if known) _____

---

| 4.5 17 | |
|---|---|

**Sparkletts**
Nonpriority Creditor's Name
**PO Box 660579**
**Dallas, TX 75266-0579**
Number Street City State Zip Code

Who Incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **8704**    **$61.74**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.5 18 | |
|---|---|

**Sprint**
Nonpriority Creditor's Name
**PO Box 54977**
**Los Angeles, CA 90054**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **9409**    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **for notice purpose**

---

| 4.5 19 | |
|---|---|

**St Mary's Managed Pharmacy Programs**
Nonpriority Creditor's Name
**10860 N Mavinee Dr.**
**Oro Valley, AZ 85737**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  _____    **$46.50**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Case Number: 2019-14974          Filed: 11/27/2019 2:23:15 PM          Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (If known) _____

| | | | |
|---|---|---|---|
| 4.5 20 | **State Compensation Insurance Fund** | Last 4 digits of account number  8619 | $0.00 |

Nonpriority Creditor's Name
**PO Box 65005**
**Fresno, CA 93650**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  For notice purposes

---

| | | | |
|---|---|---|---|
| 4.5 21 | **State Compensation Insurance Fund** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 7441**
**San Francisco, CA 94120**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Additional address

---

| | | | |
|---|---|---|---|
| 4.5 22 | **Stefan & Sanaz Kiesbye** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**3662 Hemlock Street**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5 23**

**Stefan & Sanaz Kiesbye**
Nonpriority Creditor's Name
P.O. Box 2007
Santa Rosa, CA 95403
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

**4.5 24**

**Stephen Poindexter**
Nonpriority Creditor's Name
2607 Twain Ave.
Clovis, CA 93611
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.5 25**

**Sumruld Garcia, Inc.**
Nonpriority Creditor's Name
124 N. L St. Ste. A
Tulare, CA 93274
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **$664.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.5 26 | **Sunbelt Rentals, Inc.** | Last 4 digits of account number _____ | $39,851.85 |

Nonpriority Creditor's Name
**P.O. Box 409211**
**Atlanta, GA 30384-9211**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

| 4.5 27 | **Surgical Collections Group** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2300 Lakeview Parkway, Suite 500**
**Alpharetta, GA 30009**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for Implantable Provider Group, Inc. - for notice purposes**

---

| 4.5 28 | **Suruchi Anand** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2073 Stagecoach Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    **Salvador Louis Chiaramonte**

Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 29 | **Suruchi Anand** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**5430 Ligurian Dr**
**San Jose, CA 95138**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional address**

---

| 4.5 30 | **Sylvia Bray & Bernardo Manzo** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**202 Wembley Court**
**Santa Rosa, CA 95403**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 31 | **Sylvia Bray & Bernardo Manzo** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**7169 Brenda Way**
**Rohnert Park, CA 94928**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.5 32 | **Synchrony Bank** | Last 4 digits of account number | **7263** | **$847.50** |

Nonpriority Creditor's Name
**PO Box 965033**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Care Credit Card**

---

| 4.5 33 | **Synchrony Bank** | Last 4 digits of account number | **7821** | **$585.00** |

Nonpriority Creditor's Name
**Care Credit**
**PO Box 965004**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Men's Wearhouse credit card**

---

| 4.5 34 | **Target** | Last 4 digits of account number | **5576** | **$3,535.64** |

Nonpriority Creditor's Name
**PO Box 660170**
**Dallas, TX 75266**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Debtor 1   **Salvador Louis Chiaramonte**

Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 35 | **Tavco Credit Services** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 9340**

**Santa Rosa, CA 95405**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the debt subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection agency for North Bay Petroleum - for notice purposes**

---

| 4.5 36 | **Ted & Denise Morris** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3740 Espresso Ct**

**Santa Rosa, CA 95403**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the debt subject to offset?**

☐ No

■ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Plaintiffs in lawsuit titled Ted & Denis Morris v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

| 4.5 37 | **Ted & Denise Morris** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1366 Cadence Wy**

**Santa Rosa, CA 95401**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the debt subject to offset?**

☐ No

■ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Additional address**

---

Official Form 106 E/F     Schedule E/F: Creditors Who Have Unsecured Claims    

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**                    Case number (if known) _____

| 4.5 38 | | |
|---|---|---|

**Tesla**                          Last 4 digits of account number _____        **$1,411.05**
Nonpriority Creditor's Name
**PO Box 3500**                     When was the debt incurred? _____
**Draper, UT 84020**
Number Street City State Zip Code   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
■ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community     ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?     report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    **Solar Lease** _____

| 4.5 39 | | |
|---|---|---|

**The Evans HR Group**             Last 4 digits of account number _____        **$332.50**
Nonpriority Creditor's Name
**5067 N. Mariposa, Ste. 101**      When was the debt incurred? _____
**Fresno, CA 93710**
Number Street City State Zip Code   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
■ Debtor 1 and Debtor 2 only        ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community     ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?     report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    **Corporate debt** _____

| 4.5 40 | | |
|---|---|---|

**The Law Offices of Samuel Dagan**    Last 4 digits of account number _____     **$0.00**
Nonpriority Creditor's Name
**Samuel Dagan**                    When was the debt incurred? _____
**16880 West Bernardo Drive, Suite**
**275**
**San Diego, CA 92127**
Number Street City State Zip Code   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
■ Debtor 1 and Debtor 2 only        ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community     ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?     report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
                                    **Attorney for Plaintiff Shandon Hunt - for**
☐ Yes                               ■ Other. Specify  **notice purposes** _____

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5 41**

**The Recievable Managment Service, LLC**
Nonpriority Creditor's Name

**PO Box 19646**
**Minneapolis, MN 55419**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **9405**       Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **for notice purpose**

---

**4.5 42**

**The Valerie S. Williams Living Trust**
Nonpriority Creditor's Name
**dated May 15,2015**
**Valerie Sue Williams**
**407 Gate Way**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____       Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  _____

---

**4.5 43**

**The Valerie S. Williams Living Trust**
Nonpriority Creditor's Name
**dated May 15,2015**
**Valerie Sue Williams**
**4564 Brighton Dr**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____       Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional address**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**                    Case number (if known) _____

---

**4.5 44**

**Thomas & Shelly Lanning**
Nonpriority Creditor's Name
**2447 Pinecrest Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Additional Address**

---

**4.5 45**

**Thomas & Shelly Lanning**
Nonpriority Creditor's Name
**3501 Barnes Road**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.5 46**

**Tim Brewer, CPA**
Nonpriority Creditor's Name
**1177 Branham Lane, # 238**
**San Jose, CA 95118**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CPA for Debtors - for notice purposes**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1    Doc 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.5 47 | **Title 24's By Larry, Inc.** | Last 4 digits of account number ___ ___ ___ ___ | $2,375.50 |

Nonpriority Creditor's Name
**4401 W. Judy Ave.**
**Visalia, CA 93277-3926**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No

■ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Plaintiff in lawsuit titled Title 24's By Larry, Inc. v. Chiaramonte Construction & Plumbing. Judgement entered.**

| 4.5 48 | **Tokio Marine HCC** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |

Nonpriority Creditor's Name
**801 South Figueroa, Suite 700**
**Los Angeles, CA 90017**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Bonding company - for notice purposes**

| 4.5 49 | **Total Stucco** | Last 4 digits of account number ___ ___ ___ ___ | $13,407.90 |

Nonpriority Creditor's Name
**26967 Rd. 156**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 50 | | |
|---|---|---|

**Transworld Systems, Inc.**
Nonpriority Creditor's Name
**Collection Agency**
**500 Virginia Dr., SUite 514**
**Fort Washington, PA 19034**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **7676**                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Agency for The Davey Tree Expert Co. and Adobe Associates, Inc. - For notice purposes**

---

| 4.5 51 | | |
|---|---|---|

**Tri-K Truss Company**
Nonpriority Creditor's Name
**453 S. Main St.**
**Porterville, CA 93257**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                    **$28,970.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Corporate debt**

---

| 4.5 52 | | |
|---|---|---|

**Truc M. Dang (Tim)**
Nonpriority Creditor's Name
**169 Pacific Heights Drive**
**Santa Rosa, CA 95403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 53 | | |
|---|---|---|

**Truc M. Dang (Tim)**
Nonpriority Creditor's Name
**177 Elsbree Circle**
**Windsor, CA 95492**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

| 4.5 54 | | |
|---|---|---|

**True Legacy HR, Inc.**
Nonpriority Creditor's Name
**813 W Oak Ave., Ste. #B**
**Visalia, CA 93277**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$7,996.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

| 4.5 55 | | |
|---|---|---|

**Tulare Emergency Aid**
Nonpriority Creditor's Name
**Debbie Thrasher**
**299 South L. Street**
**Tulare, CA 93274**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5
56**

**Tulare Emergency Aid**
Nonpriority Creditor's Name
**Debbie Thrasher**
**PO Box 662**
**Tulare, CA 93275**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Additional address**

**Unknown**

---

**4.5
57**

**Tulare Village, LLC**
Nonpriority Creditor's Name
**621 E. Prosperity Ave., Building 1277B**
**Tulare, CA 93274**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

**Unknown**

---

**4.5
58**

**United Rentals, Inc.**
Nonpriority Creditor's Name
**File 51122**
**Los Angeles, CA 90074-1122**
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Corporate debt**

**$30,341.16**

---

| Debtor 1 | **Salvador Louis Chiaramonte** |
|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** |

Case number (if known) _____

---

**4.5 59**

**United Rentals, Inc.**
Nonpriority Creditor's Name
**6125 Lakeview Road, #300**
**Charlotte, NC 28269**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

**4.5 60**

**Valley Oak Credit Union**
Nonpriority Creditor's Name
**600 W. Main Street**
**Visalia, CA 93291**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$27,713.49**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficency balances owed**

---

**4.5 61**

**Valley Urology**
Nonpriority Creditor's Name
**6113 N. Fresno Street, Ste. 101**
**Fresno, CA 93710**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$431.83**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

| 4.5 62 | **Victor & Rosa Salazar** |
|---|---|

Nonpriority Creditor's Name
**115 Byrant Court**
**Lindsay, CA 93247**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.5 63 | **Visalia Pipe & Supply** |
|---|---|

Nonpriority Creditor's Name
**9941 W. Legacy Ave.**
**Visalia, CA 93291-9544**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$162.75**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

| 4.5 64 | **Visalia Pipe & Supply** |
|---|---|

Nonpriority Creditor's Name
**PO Box 768**
**Los Angeles, CA 90084**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

Debtor 1    **Salvador Louis Chiaramonte**
Debtor 2    **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 65 |
|---|

**Visalia Window Company**                                          $84,499.42
Nonpriority Creditor's Name
**8525 W. Roosevelt Ave.**
**Visalia, CA 93291**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt**

---

| 4.5 66 |
|---|

**Wayside Lumber**                                          $95,084.02
Nonpriority Creditor's Name
**11277 Trade Center Drive**
**Rancho Cordova, CA 95742**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt**

---

| 4.5 67 |
|---|

**Wells Fargo Bank**                                          $355.41
Nonpriority Creditor's Name
**414 W. Main Street**
**Visalia, CA 93291**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Big Brands**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 68 | **Wells Fargo Bank** | | $0.00 |

Nonpriority Creditor's Name
**PO Box 5132**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Additional address**

---

| 4.5 69 | **William & Loridana Garey** | | Unknown |

Nonpriority Creditor's Name
**2011 Eagle Court**
**Santa Rosa, CA 95403**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

---

| 4.5 70 | **William Rosa** | | Unknown |

Nonpriority Creditor's Name
**Aaron Rosa**
**2045 Stagecoach Rd**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☑ Yes

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Plaintiffs in lawsuit titled William Rosa, Aaron Rosa v. Chiaramonte Construction & Plumbing, Inc. - for notice purposes**

---

Case Number: 2019-14974    Filed: 11/27/2019 2:23:15 PM    Doc # 1   Doc 1

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5 71**

**William Rosa**
Nonpriority Creditor's Name
**Aaron Rosa**
**9830 Bodega Hwy**
**Sebastopol, CA 95472**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

**4.5 72**

**Williams Scotsman**
Nonpriority Creditor's Name
**P.O. Box 91975**
**Chicago, IL 60693-1975**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$2,435.27**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt**

---

**4.5 73**

**Williams Scotsman**
Nonpriority Creditor's Name
**901 South Bond Street, Suite 600**
**Baltimore, MD 21231**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Additional address**

---

Debtor 1  **Salvador Louis Chiaramonte**,
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

**4.5 74**

**Williams, Brodersen, Pritchett & Burke Law**
Nonpriority Creditor's Name
**2222 West Main St.**
**Visalia, CA 93291**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$1,792.50**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.5 75**

**Willoughby Stuart Bening & Cook**
Nonpriority Creditor's Name
**Charles Hellstrom**
**50 W. San Fernando Street, Ste. 400**
**San Jose, CA 95113**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Debtors - For notice purposes**

---

**4.5 76**

**Willow Village Apartments**
Nonpriority Creditor's Name
**1150 N. Willow Ave.**
**Tupman, CA 93276**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Salvador Louis Chiaramonte**
Debtor 2  **Pamela Marie Chiaramonte**

Case number (if known) _____

---

| 4.5 77 | **Windsor RV, LLC** | Last 4 digits of account number _____ | **$3,047.50** |

Nonpriority Creditor's Name
**8225 Conde Lane**
**Windsor, CA 95492**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

| 4.5 78 | **WJV Acoustics, Inc.** | Last 4 digits of account number _____ | **$1,625.00** |

Nonpriority Creditor's Name
**113 N. Church St., Ste. 203**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt**

---

| 4.5 79 | **Yenilia Gomez** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1396 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**      Case number (if known) _____

| 4.5 80 | **Yesenia Cisneros** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1418 Mathew Avenue**
**Farmersville, CA 93223**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

<table>
<tr><td colspan="2">**Part 3:**</td><td colspan="2">**List Others to Be Notified About a Debt That You Already Listed**</td></tr>
</table>

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

<table>
<tr><td colspan="2">**Part 4:**</td><td colspan="2">**Add the Amounts for Each Type of Unsecured Claim**</td></tr>
</table>

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| Total claims from Part 1 | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |
| | | | | | Total Claim |
| | 6f. | Student loans | 6f. | $ | 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,466,355.69 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 2,466,355.69 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Filed 11/27/19    Case 19-14974    Doc 1

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Pamela Marie Chiaramonte** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Tesla Energy Billing Department**<br>PO Box 3500<br>Draper, UT 84020 | Solar lease on residence. $447/month. |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Pamela Marie Chiaramonte** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?   **California**   . Fill in the name and current address of that person.
   **Pamela Chiaramonte**
   **1944 Tollin Road**
   **Tulare, CA 93274**
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1   **Amy Perry** **1579 Mirasson Court** **Tulare, CA 93274** | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Various** |
| 3.2   **Chiaramonte Construction & Plumbing, Inc** **1133 Batavia Court** **Tulare, CA 93274** | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Various** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Filed 11/27/19    Case 19-14974    Doc 1

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| Debtor 2<br>(Spouse, if filing) | **Pamela Marie Chiaramonte** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                    Case number *(if known)* _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here _____ | 4. | $ | 0.00 | $ 0.00 |

5.   List all payroll deductions:

|  |  |  | | | |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ | 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ | 0.00 | + $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ | 0.00 | $ 0.00 |

8.   List all other income regularly received:

8a.   Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 0.00   $ 0.00

| | | | | | |
|---|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $ | 0.00 | $ 0.00 |

8c.   Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00

| | | | | | |
|---|---|---|---|---|---|
| 8d. | Unemployment compensation | 8d. | $ | 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ | 0.00 | $ 0.00 |

8f.   Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f. $ 0.00   $ 0.00

| | | | | | |
|---|---|---|---|---|---|
| 8g. | Pension or retirement income | 8g. | $ | 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: **Disability** | 8h.+ | $ | 4,824.00 | + $ 3,732.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 4,824.00 | $ 3,732.00 |

10.   Calculate monthly income. Add line 7 + line 9.   10. $ 4,824.00 + $ 3,732.00 = $ 8,556.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.   State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ 0.00

12.   Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ 8,556.00

**Combined monthly income**

13.   Do you expect an increase or decrease within the year after you file this form?
☐   No.
■   Yes. Explain:   | Hope to return to employment and trade. |

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| Debtor 2 (Spouse, if filing) | **Pamela Marie Chiaramonte** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**
    - ☐ No. Go to line 2.
    - ■ Yes. Does Debtor 2 live in a separate household?
        - ■ No
        - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 5,100.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Salvador Louis Chiaramonte** | | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 405.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 168.50 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 406.75 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 410.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 110.00 |
| 10. | **Personal care products and services** | | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 228.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 285.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 175.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 700.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 763.64 |
| | 15b. | Health insurance | 15b. | $ | 397.50 |
| | 15c. | Vehicle insurance | 15c. | $ | 285.10 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Tulare Irrigation District** | | 16. | $ | 4.50 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 460.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: **Solar Lease to Tesla** | 17c. | $ | 447.11 |
| | 17d. | Other. Specify: **Alarm Service and Pst Control service** | 17d. | $ | 215.50 |
| | | **Legal and Tax Prep** | | $ | 100.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 36.50 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 94.70 |
| 21. | Other: Specify: **Pool Maintenance, Yard Service, and Solar Cleaning** | | 21. | +$ | 355.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | 11,347.80 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b. The result is your monthly expenses. | $ | 11,347.80 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 8,556.00 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 11,347.80 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -2,791.80 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.  | Explain here: |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Pamela Marie Chiaramonte** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____

*Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x _____   x _____

Salvador Louis Chiaramonte          Pamela Marie Chiaramonte
Signature of Debtor 1                Signature of Debtor 2

Date   11/27/2019               Date   11/27/2019

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Salvador Louis Chiaramonte | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Pamela Marie Chiaramonte | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

    | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
    |---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.*)

    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 Sources of Income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of Income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $132,886.65 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | | ☐ Operating a business | |
| For last calendar year: (January 1 to December 31, 2018 ) | ☑ Wages, commissions, bonuses, tips | $157,777.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**        Case number *(if known)* _____

| | Debtor 1<br>Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of Income<br>Check all that apply. | Gross Income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| For the calendar year before that:<br>(January 1 to December 31, 2017 ) | ☑ Wages, commissions,<br>bonuses, tips | **$159,777.00** | ☐ Wages, commissions,<br>bonuses, tips | **$0.00** |
| | ☑ Operating a business | | ☐ Operating a business | |

**5.**   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until<br>the date you filed for bankruptcy: | All income reflected<br>in SA #4 | **$0.00** | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑   **No.**   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

     ☑   **No.**    Go to line 7.
     ☐   **Yes**    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
         * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐   **Yes.**   Debtor 1 or Debtor 2 or both have primarily consumer debts.
     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐   **No.**    Go to line 7.
     ☐   **Yes**    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑   No
☐   Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

---

Case Number: 2019-14974    Case 19-14974   Filed: 11/27/2019 2:23:15 PM    Doc # 1  

| Debtor 1 | Salvador Louis Chiaramonte | |
|---|---|---|
| Debtor 2 | Pamela Marie Chiaramonte | Case number *(if known)* |

**8.** Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

**9.** Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Mark Anderson and Diane Moore v. Chiaramonte Construction & Plumbing, Inc. and Salvador Chiaramonte<br>SCV264533 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Dunn's Sand, Inc. dba Dunn's Inc. v. Chiaramonte Construction & Plumbing, Inc.<br><br>Debtors are not listed as defendants in this suit.<br>190846 | Civil | Tulare County Superior Court<br>221 S. Mooney Blvd<br>Visalia, CA 93291 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Ferguson Enterprises, Inc. v. Chiaramonte Construction & Plumbing, Inc.; Salvador Chiaramonte; and Pamela Chiaramonte<br>279337 | Civil | Tulare County Superior Court<br>221 S. Mooney Blvd<br>Visalia, CA 93291 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Andy & Kimberly Guy; Jeffrey & JoAnn Anderson v. Chiaramonte Construction & Plumbing, Inc.; Salvador Chiaramonte; and Amy Perry<br>SCV-264502 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Ted & Denise Morris v. Chiaramonte Construction & Plumbing, Inc.; and Salvador Chiaramonte<br>SCV264894 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Pace Supply Corp. v. Chiaramonte Construction & Plumbing, Inc.; and Salvador Chiaramonte<br>SCV264508 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>**Judgement entered** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   Salvador Louis Chiaramonte
Debtor 2   Pamela Marie Chiaramonte _____   Case number (if known) _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Juan & Silveria Pulido v. Chiaramonte Construction & Plumbing, Inc.; Salvadro Chiaramonte; and Amy Perry<br>SCV264496 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Robert Richner & Colette Lucchetti v. Chiaramonte Construction & Plumbing, Inc.; Salvador Chiaramonte; and Amy Perry<br>SCV264420 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| William Rosa & Aaron Rosa v. Salvador Louis Chiaramonte; Chiaramonte Construction & Plumbing, Inc.; Pamela Chiaramonte; and Amy Perry<br>SCV264860 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| DHC Supplies, Inc. v. Chiaramonte Construction & Plumbing, Inc.<br>MSC189874 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Crisanto Renteria  v. Chiaramonte Construction & Plumbing, Inc.<br>ADJ11934664 | Workers comp. | Workers Compensation Appeals Board<br>State of California<br>2550 Mariposa Mall, # 4078<br>Fresno, CA 93721 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Shandon Hunt v. Chiaramonte Construction & Plumbing, Inc.<br>ADJ12071949 | Workers comp. | Workers Compensation Appeals Board<br>State of California<br>2550 Mariposa Mall, # 4078<br>Fresno, CA 93721 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Chiaramonte Construction & Plumbing, Inc. v. Greggory Joe Gutierrez<br>PCU274273 | Civil | Tulare County Superior Court<br>221 S. Mooney Blvd<br>Visalia, CA 93291 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Carol McHale & Erin Murphey v. Chiaramonte Construction & Plumbing, Inc. and Salvador Chiaramonte.<br>SCV265295 | Civil | Sonoma County Superior Court<br>600 Administration Drive, Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| American Contractors Indemnity Company v. Chiaramonte Construction & Plumbing, Inc.; Salvador Chiaramonte dba Chiaramonte Construction and Plumbing<br>VCU279337 | Civil | Tulare County Superior Court<br>221 S. Mooney Blvd<br>Visalia, CA 93291 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    Salvador Louis Chiaramonte
Debtor 2    Pamela Marie Chiaramonte

Case number (if known) _____

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Golden State Lumber, Inc. v. Salvador Chiaramonte; Chiaramonte Construction & Plumbing, Inc. SCV265122 | Civil | Sonoma County Resource Recovery P.O. BOX 398894 San Francisco, CA 94139-8894 | ☑ Pending ☐ On appeal ☐ Concluded |
| Greggory Gutierrez; Marie Gutierrez; Darlene Gutierrez v. Chiaramonte Construction & Plumbing, Inc. PCU274273 | Civil | Tulare County Superior Court 221 S. Mooney Blvd Visalia, CA 93291 | ☑ Pending ☐ On appeal ☐ Concluded |
| Rogelio Sanchez v. Chiaramonte Construction & Plumbing, Inc. WC-CM-656080 | Labor Board | Workers Compensation Appeals Board State of California 2550 Mariposa Mall, # 4078 Fresno, CA 93721 | ☑ Pending ☐ On appeal ☐ Concluded |
| Title 24's By Larry, Inc. v. Chiaramonte Construction & Plumbing, Inc. PSC057135 | Small Claims | Tulare County Superior Court 221 S. Mooney Blvd Visalia, CA 93291 | ☐ Pending ☐ On appeal ☑ Concluded Judgement entered |
| Jessica Deprimo & Matthew Perazzo vs. Chiaramonte Construction& Plumbing, Inc.; Salvador Chiaramonte dba Chiaramonte Construction and Plumbing SCV264953 | Civil | Sonoma County Superior Court 600 Administration Drive, Room 107J Santa Rosa, CA 95404 | ☑ Pending ☐ On appeal ☐ Concluded |
| Coulter's Flooring America aka Coulter's Interiors Inc. v. Salvadore Chiaramonte dba Chiaramonte Construction and Plumbing VCU281216 | Civil | Tulare County Superior Court 221 S. Mooney Blvd Visalia, CA 93291 | ☑ Pending ☐ On appeal ☐ Concluded |
| Probuild Company, LLC dba Dixieline Lumber Co. v. Chiaramonte Construction & Plumbing, Inc. and Salvador Chiaramonte MCV-249868 | Civil | Sonoma County Superior Court 600 Administration Drive, Room 107J Santa Rosa, CA 95404 | ☑ Pending ☐ On appeal ☐ Concluded |
| Osmun Construction, Inc. v. Chiaramonte Construction & Plumbing, Inc. Debtors are not listed in the suit. SCV-264998 | Civil | Sonoma County Superior Court 600 Administration Drive, Room 107J Santa Rosa, CA 95404 | ☑ Pending ☐ On appeal ☐ Concluded |
| Cody and Monique Walker v. Chiaramonte Construction & Plumbing, Inc.; Salvador Chiaramonte (Cross-Complaint) SCV-264998 | Civil | Sonoma County Superior Court 600 Administration Drive, Room 107J Santa Rosa, CA 95404 | ☑ Pending ☐ On appeal ☐ Concluded |

| Debtor 1 | Salvador Louis Chiaramonte | | |
|----------|---------------------------|---|---|
| Debtor 2 | Pamela Marie Chiaramonte | Case number (if known) | |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Mike and Karen Allen v.<br>Chiaramonte Construction &<br>Plumbing, Inc.; Salvador<br>Chiaramonte (Cross-complaint)<br>SCV-264999 | Civil | Sonoma County Superior<br>Court<br>600 Administration Drive,<br>Room 107J<br>Santa Rosa, CA 95404 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Pace Supply Corp<br>6000 State Farm Drive, #200<br>Rohnert Park, CA 94928 | Abstract of Judgement recorded 8/27/2019<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 8/27/19 | Unknown |
| Valley Oak Credit Union<br>600 W. Main Street<br>Visalia, CA 93291 | 2004 Dodge Ram (V2)<br><br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 9/26/19 | Unknown |
| Valley Oak Credit Union<br>600 W. Main Street<br>Visalia, CA 93291 | 2006 Ford F-250 (V5)<br><br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 10/3/19 | Unknown |
| Valley Oak Credit Union<br>600 W. Main Street<br>Visalia, CA 93291 | 2001 Ford F-250 (V9)<br><br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 9/26/19 | Unknown |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

Debtor 1   **Salvador Louis Chiaramonte**

Debtor 2   **Pamela Marie Chiaramonte**                                    Case number *(if known)*

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

  ☑ No

  ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

  ☐ No

  ☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Visalia First Assembly of God<br>3737 S. Alcers<br>Visalia, CA 93277 | money | various | $5,500.00 |

---

| Part 6: | List Certain Losses |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

  ☑ No

  ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

  ☐ No

  ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Wanger Jones Helsley, PC<br>265 E. River Park Circle, Ste. 310<br>Fresno, CA 93720<br>www.WJH.com | See attached. | | |
| Binder & Malter, LLP<br>2775 Park Ave.<br>Santa Clara, CA 95050<br>www.bindermalter.com | Refunded retainer. | 8/2/19 | $15,000.00 |
| Silveira Law Offices<br>2037 W. Bullard Ave, #311<br>Fresno, CA 93711<br>N/A | | 8/26/19 | $600.00 |

---

| Debtor 1 | Salvador Louis Chiaramonte |
| Debtor 2 | Pamela Marie Chiaramonte |

Case number (if known) _____

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property<br>transferred | Date payment<br>or transfer was<br>made | Amount of<br>payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| Craig Knight<br>2552 Arlen Court<br>Visalia, CA 93292<br><br>Son in law | 5th Wheel Travel Trailer | $3,600 | 6/1/19 |
| Anthony Chiaramonte<br>2049 Marinette<br>Exeter, CA 93221<br><br>Son | 2013 Ford F-250 (V1) | $9,750 | 5/28/19 |
| Jay Surplus<br>1133 Batavia Court<br>Tulare, CA 93274 | 2006 Ford F-350 (V6) | $2,700 | 10/3/19 |
| Isidro Villegas, Jr.<br>237 St. John Street<br>Woodlake, CA 93286 | 2013 Ford F-150 (V7) | $11,213 part cash and<br>part to pay off loan. | 7/20/19 |
| Motor Cars, Inc.<br>213 E King Ave.<br>Tulare, CA 93274 | 2011 Ford Van (V61) | $15,000 | 7/15/19 |
| Mark Wentworth<br>PO Box 575<br>Tulare, CA 93275 | 2017 Dove Tail Trailer (E10) | $5,000  applied to<br>Wentworth Accounts<br>Payable for Chiaramonte<br>Construction &<br>Plumbing, Inc. | 8/29/19 |
| Jai Makinson<br>PO Box 2072<br>Tulare, CA 93275 | 14' Dump Trailer (E11) | $7,000 | 7/27/19 |

Debtor 1   **Salvador Louis Chiaramonte**
Debtor 2   **Pamela Marie Chiaramonte**                                                Case number *(if known)* _____

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |
| **Mark Wentworth** **PO Box 575** **Tulare, CA 93275** | 16' Dump trailer (E12) | $4,500 applied to Accounts Payable for Chiaramonte Construction & Plumbing, Inc. | 8/29/19 |
| **Eman Electric, Inc.** **Emanuel Guerrero** **19831 E Adams Ave** **Reedley, CA 93654** | 2005 10' trailer (E13) | $1,000 applied to Accounts Payable for Chiaramonte Construction & Plumbing, Inc. | 10/14/19 |
| **Eman Electric, Inc.** **Emanuel Guerrero** **19831 E. Adams Ave.** **Reedley, CA 93654** | 12' trailer (E15) | 1,450 applied to Accounts Payable for Chiaramonte Construction & Plumbing, Inc. | 10/14/19 |
| **Craig Knight** **2552 E Arlen CT** **Visalia, CA 93292** | Springfield 1911 .45 - sold for $600; Smith & Wesson M&P .40 - sold for $500; Charter Arms .38 - sold for $300; Kimber St Steel .45 - sold for $700. | See above. | 11/19/19 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)
   ☑ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   ☑ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | Salvador Louis Chiaramonte |
|----------|----------------------------|
| Debtor 2 | Pamela Marie Chiaramonte |

Case number (if known) _____

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Salvador Louis Chiaramonte | | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | Pamela Marie Chiaramonte | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case Number | Name | | |
| | Address (Number, Street, City, State and ZIP Code) | | |

<table>
<tr><td colspan="4"><strong>Part 11:</strong> Give Details About Your Business or Connections to Any Business</td></tr>
</table>

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | | Employer identification number |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | | Do not include Social Security number or ITIN. |
| | | | Dates business existed |
| Chiaramonte Construction & Plumbing Inc. | Construction | EIN: | 81-5179901 |
| 1133 Batavia Court Tulare, CA 93274 | | From-To | 1/1/2017 - Present |
| Chiaramonte Construction and Plumbing | sole-prop. | EIN: | 94-2851464 |
| 1944 Tollin Road Tulare, CA 93274 | | From-To | 1/1/16 - 12/31/16 |
| D & S Construction | Construction | EIN: | Potential Partnership |
| | | From-To | None |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☑ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| Address (Number, Street, City, State and ZIP Code) | |
| Poppy Bank 438 First Street, #200 Santa Rosa, CA 95401 | 2018 |
| Valley Economic Development Center 5121 Van Nuys Blvd, 3rd Floor Sherman Oaks, CA 91403 | 2018 |
| Pacific Community Ventures 51 Federal Street, Suite 100 San Francisco, CA 94107 | 2018 |

Debtor 1   Salvador Louis Chiaramonte
Debtor 2   Pamela Marie Chiaramonte          Case number (if known) _____

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| CDC Federal Credit Union<br>80 S. Lake Ave., #830<br>Pasadena, CA 91101 | 2018 |
| Fresno First Bank<br>7690 N. Pal, Ave., #101<br>Fresno, CA 93711 | 2018 |
| CDC Federal Credit Union<br>2448 Historic Decatur Road, #200<br>San Diego, CA 92106 | 2018 |
| Nor-Cal FDC<br>300 Frank H. Ogawa Parkway, suite 175<br>Oakland, CA 94533 | 2018 |
| Blaine Laney Consulting<br>386 Atlantic Ave.<br>Fairfield, CA 94533 | 2018 |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____      _____
Salvador Louis Chiaramonte          Pamela Marie Chiaramonte
Signature of Debtor 1           Signature of Debtor 2

Date   11/27/2019          Date   11/27/2019

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Pamela Marie Chiaramonte** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7       12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Poppy Bank**<br><br>Description of property securing debt: **2nd DOT on residence. guaranteed. Additionally secured by corporate assets.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue making payments** | ■ No<br><br>☐ Yes |
| Creditor's name: **SPS Servicing**<br><br>Description of property securing debt: **1st DOT on Residence** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue making payments** | ■ No<br><br>☐ Yes |
| Creditor's name: **Valley Oak Credit Union**<br><br>Description of property **2001 Ford F-150** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Salvador Louis Chiaramonte** | | |
|---|---|---|---|
| Debtor 2 | **Pamela Marie Chiaramonte** | Case number (*if known*) | |

securing debt: **Continue making payments**

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _(signature)_                                    X _(signature)_
**Salvador Louis Chiaramonte**              **Pamela Marie Chiaramonte**
Signature of Debtor 1                          Signature of Debtor 2

Date    11/27/2019                           Date    11/27/2019

Official Form 108              Statement of Intention for Individuals Filing Under Chapter 7              page 2

| Fill in this information to identify your case: | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|
| Debtor 1 | **Salvador Louis Chiaramonte** | ☐ 1. There is no presumption of abuse. |
| Debtor 2 (Spouse, if filing) | **Pamela Marie Chiaramonte** | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: | Eastern District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.
| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property $ 0.00 | Copy here -> $ 0.00 | $ |

| | | $ 0.00 | $ |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte** _____

Case number *(if known)* _____

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. Unemployment compensation | $ 0.00 | _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you _____ $ 0.00

For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ $ 0.00   $ _____

_____ $ 0.00   $ _____

Total amounts from separate pages, if any.    + $ 0.00   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ 0.00   + $ _____   = $ 0.00

Total current monthly income

---

**Part 2: Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here=>    $ 0.00

Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form    12b. $ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. _____

Fill in the number of people in your household.    0

Fill in the median family income for your state and size of household. _____    13. $ 0.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☒ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3: Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____    X _____

**Salvador Louis Chiaramonte**    **Pamela Marie Chiaramonte**
Signature of Debtor 1    Signature of Debtor 2

Debtor 1 **Salvador Louis Chiaramonte**
Debtor 2 **Pamela Marie Chiaramonte**

Date 11/27/2019                    Date 11/27/2019
____MM / DD / YYYY____              ____MM / DD / YYYY____                    Case number (if known) _____

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# United States Bankruptcy Court
### Eastern District of California
### Fresno Division

In re: Chiaramonte, Pam & Sal                                    Case No.
      Chapter 7

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
                [ X ] Debtor     [   ] Other

3. The source of compensation to be paid to me is:
                [ X ] Debtor     [   ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of the petition, schedules and statement of affairs;
    c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
    d. Services per engagement letter.

6. I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7. As of the Petition Date, the Firm's standard hourly rates are $185.00 to $595.00 per hour for attorneys and $140.00 to $180.00 per hour for paraprofessionals.

8. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 09/26/19 | $15,000.00 | | |
| 11/04/19 | | $14,655.50 | $344.50 |
| 11/12/19 | $11,169.00 | $2,090.50 | $0.00 |
| 11/15/19 | | $9,025.60 | $52.90 |
| 11/27/19 | $5,726.40 | $5,391.40 | $335.00 |

9. The above fees were related to services rendered as follows:

        Bankruptcy Related               100%
        Non-Bankruptcy Related

{9109/002/01032466.DOCX}

10. The retainer on hand as of Petition Date was:  $0.00

## United States Bankruptcy Court
### Eastern District of California
### Fresno Division

In re: Chiaramonte, Pam & Sal                                      Case No.
        Chapter 7

### Disclosure of Compensation of Attorney for Debtor


## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:        Nov. 27, 2019

_____
Riley C. Walter, Attorney for Debtor

{9109/002/01032466.DOCX}